# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2025

Lyle W. Cayce
Clerk

---

No. 22-60266

---

Calumet Shreveport Refining, L.L.C.; Placid Refining
Company, L.L.C., Ergon Refining, Incorporated;
Wynnewood Refining Company, L.L.C.,

*Petitioners,*

*versus*

United States Environmental Protection Agency,

*Respondent,*

consolidated with

---

No. 22-60425

---

Wynnewood Refining Company, L.L.C.; Calumet
Shreveport Refining, L.L.C.; San Antonio Refinery,
L.L.C.;

*Petitioners,*

*versus*

United States Environmental Protection Agency,

*Respondent,*

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

CONSOLIDATED WITH

————————

No. 22-60433

————————

ERGON REFINING, INCORPORATED; ERGON-WEST VIRGINIA, INCORPORATED,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent,*

CONSOLIDATED WITH

————————

No. 22-60434

————————

PLACID REFINING COMPANY, L.L.C.,

*Petitioner,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

*Respondent.*

_____

Petitions for Review from an Order of the
Environmental Protection Agency
Agency No. 87 Fed. Reg. 24300
Agency No. EPA-420-R-22-011
Agency No. 87 Fed. Reg. 34873

_____

I, LYLE W. CAYCE, Clerk of the United States Court of Appeals for the Fifth Circuit hereby certify the preceding pages are a full, true and complete copy of the original documents filed in the above case and maintained in my office.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

DATE:        August 07, 2025

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 07, 2025

Mr. James Payne
Environmental Protection Agency
Office of the Administrator 1101A
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Washington, DC 20460-0000

     No. 22-60266, Consolidated with 22-60425, 22-60433, and
               22-60434
               Calumet Shreveport Refining v. EPA
               Agency No. 87 Fed. Reg. 24300
               Agency No. EPA-420-R-22-011
               Agency No. 87 Fed. Reg. 34873

Dear Mr. Payne,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

               Sincerely,

               LYLE W. CAYCE, Clerk

               *Dantrell Johnson*

               By: _____
               Dantrell L. Johnson, Deputy Clerk
               504-310-7689

cc:
     Ms. Alexandra Bromer
     Ms. Shelby Leigh Dyl
     Mr. Andrew Gershenfeld
     Mr. Jonathan Hardin
     Mr. Bryan James Harrison
     Mr. Samuel P. Hershey
     Mr. Jeffrey Hughes
     Mr. Michael R. Huston
     Mr. Thomas E. Lauria
     Mr. David Lehn

Mr. Gregory James Morical
Mr. Matthew W. Morrison
Mr. William Perdue
Mr. Jeffrey Prieto
Mr. Taylor Robert Pullins
Mr. Michael S. Regan
Ms. Sopen B. Shah
Mr. Eric B. Wolff
Mr. Karl J. Worsham

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2025

Lyle W. Cayce
Clerk

———————————

No. 22-60266

———————————

CALUMET SHREVEPORT REFINING, L.L.C.; PLACID REFINING
COMPANY, L.L.C.; ERGON REFINING, INCORPORATED;
WYNNEWOOD REFINING COMPANY, L.L.C.,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent,*

CONSOLIDATED WITH

———————————

No. 22-60425

———————————

WYNNEWOOD REFINING COMPANY, L.L.C.; CALUMET
SHREVEPORT REFINING, L.L.C.; SAN ANTONIO REFINERY,
L.L.C.,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent,*

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

CONSOLIDATED WITH
————————————

No. 22-60433
————————————

ERGON REFINING, INCORPORATED; ERGON-WEST VIRGINIA, INCORPORATED,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

CONSOLIDATED WITH
————————————

No. 22-60434
————————————

PLACID REFINING COMPANY, L.L.C.,

*Petitioner*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

_____

Petitions for Review of Orders of
the Environmental Protection Agency
Agency No. 87 Fed. Reg. 24300
Agency No. EPA-420-R-22-011
Agency No. 87 Fed. Reg. 34873

_____

Before ELROD, *Chief Judge,* HIGGINBOTHAM and SMITH,
*Circuit Judges.*

## JUDGMENT ON REMAND FROM
## THE SUPREME COURT OF THE UNITED STATES

This cause was considered on the petitions of Calumet Shreveport Refining, L.L.C.; Ergon Refining, Incorporated; Ergon-West Virginia, Incorporated; Placid Refining Company, L.L.C.; San Antonio Refinery, L.L.C.; and Wynnewood Refining Company, L.L.C.

IT IS ORDERED and ADJUDGED that the petitions for review are TRANSFERRED to the United States Court of Appeals for the District of Columbia Circuit.

IT IS FURTHER ORDERED that Petitioners pay to Respondent the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued
as the mandate on Aug 07, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2025

Lyle W. Cayce
Clerk

————————

No. 22-60266

————————

CALUMET SHREVEPORT REFINING, L.L.C.; PLACID REFINING
COMPANY, L.L.C., ERGON REFINING, INCORPORATED;
WYNNEWOOD REFINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

CONSOLIDATED WITH

————————

No. 22-60425

————————

WYNNEWOOD REFINING COMPANY, L.L.C.; CALUMET
SHREVEPORT REFINING, L.L.C.; SAN ANTONIO REFINERY,
L.L.C.;

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

CONSOLIDATED WITH
_____

No. 22-60433
_____

ERGON REFINING, INCORPORATED; ERGON-WEST VIRGINIA,
INCORPORATED,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

CONSOLIDATED WITH
_____

No. 22-60434
_____

PLACID REFINING COMPANY, L.L.C.,

*Petitioner*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent.*

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

_____

Petitions for Review of Orders of
the Environmental Protection Agency
Agency No. 87 Fed. Reg. 24300
Agency No. EPA-420-R-22-011
Agency No. 87 Fed. Reg. 34873

_____

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before ELROD, *Chief Judge*, HIGGINBOTHAM and SMITH,
*Circuit Judges*.

PER CURIAM:

The Supreme Court vacated this court's judgment and remanded,
holding that the actions under review were based on determinations of
nationwide scope or effect and that venue is therefore proper only in the U.S.
Court of Appeals for the D.C. Circuit.  605 U.S. ---, 145 S. Ct. 1735, 1752
(2025).  On remand, the parties agree that we should transfer these petitions
for review.

The petitions for review are TRANSFERRED to the U.S. Court of
Appeals for the D.C. Circuit.  Any outstanding motions are DENIED.

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 22-60266 | **Docketed:** 05/03/2022 |
| Calumet Shreveport Refining v. EPA | **Termed:** 08/07/2025 |
| **Appeal From:** Environmental Protection Agency | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
   **1)** Agency
   **2)** Petition for Review
   **3)**

**Originating Court Information:**
   **District:** EPA-1 : 87 Fed. Reg. 24300
   **Date Decided:**                    **Date Rec'd COA:**
   04/07/2022                         04/28/2022

**Prior Cases:**

| | | | |
|---|---|---|---|
| 20-61116 | **Date Filed:** 11/27/2020 | **Date Disposed:** 07/02/2021 | **Disposition:** Dismissed |

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | | | | |
| | 22-60266 | 22-60425 | 01/04/2023 | |
| | 22-60266 | 22-60433 | 01/04/2023 | |
| | 22-60266 | 22-60434 | 01/04/2023 | |
| | 22-60357 | 22-60424 | 10/12/2022 | |
| | 23-60399 | 23-60427 | 12/03/2024 | |
| | 23-60399 | 23-60492 | 03/27/2024 | |
| Related | | | | |
| | 22-60266 | 22-60357 | 07/05/2022 | |
| | 22-60266 | 23-60399 | 08/10/2023 | |
| | 22-60266 | 23-60427 | 08/10/2023 | |
| | 22-60357 | 22-60424 | 08/16/2022 | 10/12/2022 |
| | 22-60424 | 22-60266 | 12/20/2022 | |
| | 22-60425 | 22-60266 | 08/12/2022 | 01/04/2023 |
| | 22-60425 | 22-60424 | 12/20/2022 | |
| | 22-60425 | 22-60433 | 08/01/2023 | |
| | 22-60425 | 22-60434 | 08/01/2023 | |
| | 23-60427 | 22-60357 | 08/30/2023 | |
| | 23-60427 | 22-60424 | 08/30/2023 | |
| | 23-60427 | 22-60433 | 08/30/2023 | |
| | 23-60427 | 22-60434 | 08/30/2023 | |
| | 23-60427 | 23-60399 | 08/11/2023 | 12/03/2024 |
| | 23-60492 | 23-60427 | 03/28/2024 | |

**Panel Assignment:**
    **Panel:** PEH    JES    JWE
    **Date of Hearing:** 10/02/2023    **Date of Decision:** 11/22/2023    **Date Completed:**
11/22/2023

| | |
|---|---|
| Calumet Shreveport Refining, L.L.C.<br>Petitioner | Jonathan Hardin<br>Direct: 202-654-6297<br>Email: JHardin@perkinscoie.com<br>[COR LD NTC Retained]<br>Perkins Coie, L.L.P.<br>700 13th Street, N.W.<br>Washington, DC 20005-3960<br><br>Alexandra Bromer<br>Direct: 202-654-6218<br>Email: abromer@perkinscoie.com<br>[COR NTC Retained]<br>Perkins Coie, L.L.P.<br>Suite 800<br>700 13th Street, N.W.<br>Washington, DC 20005-3960<br><br>Michael R. Huston<br>Direct: 602-351-8062<br>Email: mhuston@perkinscoie.com<br>[COR NTC Retained]<br>Perkins Coie, L.L.P.<br>Suite 500<br>2525 E. Camelback Road<br>Phoenix, AZ 85016-4227<br><br>Gregory James Morical, General Counsel<br>Direct: 317-957-5276<br>Email: greg.morical@clmt.com<br>[COR NTC Retained]<br>Calumet Specialty Products Partners, L.P.<br>2780 Warerfront Parkway East Drive<br>Indianapolis, IN 46214<br><br>Sopen B. Shah<br>Direct: 608-663-7460<br>Email: sshah@perkinscoie.com<br>Fax: 608-663-7460<br>[COR NTC Retained]<br>Perkins Coie, L.L.P.<br>Suite 201<br>33 E. Main Street<br>Madison, WI 53703 |

Karl J. Worsham
Direct: 602-351-8133
Email: kworsham@perkinscoie.com
Fax: 602-351-7000
[COR NTC Retained]
Perkins Coie, L.L.P.
Suite 500
2525 E. Camelback Road
Phoenix, AZ 85016-4227

Placid Refining Company, L.L.C.                    Jonathan Hardin
            Petitioner                             Direct: 202-654-6297
                                                   [COR LD NTC Retained]
                                                   (see above)

                                                   Alexandra Bromer
                                                   Direct: 202-654-6218
                                                   [COR NTC Retained]
                                                   (see above)

                                                   Michael R. Huston
                                                   Direct: 602-351-8062
                                                   [COR NTC Retained]
                                                   (see above)

                                                   Sopen B. Shah
                                                   Direct: 608-663-7460
                                                   [COR NTC Retained]
                                                   (see above)

                                                   Karl J. Worsham
                                                   Direct: 602-351-8133
                                                   [COR NTC Retained]
                                                   (see above)

Wynnewood Refining Company, L.L.C.                 Samuel P. Hershey
            Petitioner                             Direct: 212-819-2699
                                                   Email: sam.hershey@whitecase.com
                                                   Fax: 212-354-8113
                                                   [COR LD NTC Retained]
                                                   White & Case, L.L.P.
                                                   1221 Avenue of the Americas
                                                   New York, NY 10020

                                                   Andrew Gershenfeld, Attorney
                                                   Direct: 305-925-4779
                                                   Email: andrew.gershenfeld@whitecase.com
                                                   [COR NTC Retained]

White & Case, L.L.P.
Suite 4900
200 S. Biscayne Boulevard
Wachovia Financial Center
Miami, FL 33131-2352

Thomas E. Lauria
Direct: 305-995-5282
Email: tlauria@whitecase.com
[NTC Retained]
White & Case, L.L.P.
200 S. Biscayne Boulevard
Wachovia Financial Center
Miami, FL 33131-2352

Taylor Robert Pullins
Direct: 713-496-9653
Email: taylor.pullins@whitecase.com
[COR NTC Retained]
White & Case, L.L.P.
Suite 2900
609 Main Street
Houston, TX 77002

Ergon Refining, Incorporated
                Petitioner

Jonathan Hardin
Direct: 202-654-6297
[COR LD NTC Retained]
(see above)

Alexandra Bromer
Direct: 202-654-6218
[COR NTC Retained]
(see above)

Michael R. Huston
Direct: 602-351-8062
[COR NTC Retained]
(see above)

Sopen B. Shah
Direct: 608-663-7460
[COR NTC Retained]
(see above)

Karl J. Worsham
Direct: 602-351-8133
[COR NTC Retained]
(see above)

v.

| | |
|---|---|
| United States Environmental Protection Agency<br>Respondent | Bryan James Harrison, Trial Attorney<br>Direct: 202-307-0930<br>Email: bryan.harrison@usdoj.gov<br>[COR LD NTC Government]<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, DC 20044-7611 |

Jeffrey Hughes
Direct: 202-305-4598
Email: jeffrey.hughes@usdoj.gov
[COR NTC Government]
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Jeffrey Prieto
[For Information Only]
Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Washington, DC 20460-0003

Renewable Fuels Association, also known as
RFA
            Intervenor

Matthew W. Morrison
Direct: 202-663-8036
Email: matthew.morrison@pillsburylaw.com
[COR LD NTC Retained]
Pillsbury Winthrop Shaw Pittman, L.L.P.
1200 17th Street, N.W.
Washington, DC 20036-3006

Shelby Leigh Dyl, Attorney
Direct: 202-663-9010
Email: shelby.dyl@pillsburylaw.com
[COR NTC Retained]
Pillsbury Winthrop Shaw Pittman, L.L.P.
1200 17th Street, N.W.
Washington, DC 20036-3006

Growth Energy
            Intervenor

Matthew W. Morrison
Direct: 202-663-8036
[COR LD NTC Retained]
(see above)

|  | Shelby Leigh Dyl, Attorney<br>Direct: 202-663-9010<br>[COR NTC Retained]<br>(see above) |
|---|---|
|  | David Lehn<br>Direct: 202-274-1126<br>Email: dlehn@bsfllp.com<br>[COR NTC Retained]<br>Boies, Schiller & Flexner, L.L.P.<br>11th Floor<br>1401 New York Avenue, N.W.<br>Washington, DC 20005 |
| American Coalition for Ethanol, also known as ACE<br>      Intervenor | Matthew W. Morrison<br>Direct: 202-663-8036<br>[COR LD NTC Retained]<br>(see above) |
|  | Shelby Leigh Dyl, Attorney<br>Direct: 202-663-9010<br>[COR NTC Retained]<br>(see above) |
| National Farmers Union, also known as NFU<br>      Intervenor | Matthew W. Morrison<br>Direct: 202-663-8036<br>[COR LD NTC Retained]<br>(see above) |
|  | Shelby Leigh Dyl, Attorney<br>Direct: 202-663-9010<br>[COR NTC Retained]<br>(see above) |
| National Corn Growers Association, also known as NCGA<br>      Intervenor | Matthew W. Morrison<br>Direct: 202-663-8036<br>[COR LD NTC Retained]<br>(see above) |
|  | Shelby Leigh Dyl, Attorney<br>Direct: 202-663-9010<br>[COR NTC Retained]<br>(see above) |

-----------------------------

| NATSO<br>      Amicus Curiae | William Perdue<br>Direct: 202-942-5000 |
|---|---|

|  | Email: william.perdue@arnoldporter.com |
|  | [COR LD NTC Retained] |
|  | Arnold & Porter Kaye Scholer, L.L.P. |
|  | 601 Massachusetts Avenue, N.W. |
|  | Washington, DC 20001-3743 |
| SIGMA: America's Leading Fuel Marketers Amicus Curiae | William Perdue |
|  | Direct: 202-942-5000 |
|  | [COR LD NTC Retained] |
|  | (see above) |

Calumet Shreveport Refining, L.L.C.; Placid Refining Company, L.L.C., Ergon Refining, Incorporated; Wynnewood Refining Company, L.L.C.,

   Petitioners

v.

United States Environmental Protection Agency,

   Respondent

consolidated with
_____

No. 22-60425


_____

Wynnewood Refining Company, L.L.C.; Calumet Shreveport Refining, L.L.C.; San Antonio Refinery, L.L.C.;

   Petitioners

v.

United States Environmental Protection Agency,

   Respondent

consolidated with


_____

No. 22-60433


_____

Ergon Refining, Incorporated; Ergon-West Virginia, Incorporated,

      Petitioners

v.

United States Environmental Protection Agency,

      Respondent

consolidated with

_____

No. 22-60434

_____

Placid Refining Company, L.L.C.,

      Petitioner

v.

United States Environmental Protection Agency,

      Respondent

| | | |
|---|---|---|
| 05/03/2022 | 1 | AGENCY CASE docketed. Petition for review filed by Petitioner Calumet Shreveport Refining, L.L.C.. Date received in 5th Circuit: 04/28/2022. Administrative Record due on 06/13/2022. [22-60266] (MCS) [Entered: 05/03/2022 09:29 AM] |
| 05/06/2022 | 4 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [4] Initial AA Check Due satisfied. [22-60266] (DLJ) [Entered: 05/06/2022 12:04 PM] |
| 05/09/2022 | 5 | CASE CAPTION updated. Additional petition for review filed. [5] Parties added: Petitioner Placid Refining Company, L.L.C.. Petition for Review filed by Petitioner Placid Refining Company, L.L.C.. [5] [22-60266] (AGL) [Entered: 05/09/2022 02:55 PM] |
| 05/10/2022 | 8 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process (add'l Petition for Review filed by Placid Refining, L.L.C.) [8] Initial AA Check Due satisfied. [22-60266] (AGL) [Entered: 05/10/2022 09:40 AM] |
| 05/12/2022 | 9 | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [22-60266] (Patrick Jacobi ) [Entered: 05/12/2022 03:43 PM] |
| 05/13/2022 | 10 | |

| | | |
|---|---|---|
| | | APPEARANCE FORM FILED by Attorney(s) Patrick Jacobi for party(s) Respondent EPA, in case 22-60266 [22-60266] (MAS) [Entered: 05/13/2022 10:33 AM] |
| 05/31/2022 | 12 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C.Date of service: 05/31/2022 via email - Attorney for Petitioners: Hardin, Worsham; Attorney for Respondent: Jacobi [22-60266] (Jonathan Hardin ) [Entered: 05/31/2022 01:57 PM] |
| 05/31/2022 | 13 | UNOPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. to place Joint docketing statement exhibits B and C under seal [13]. Date of service: 05/31/2022 Document is insufficient for the following reasons: Certificate of compliance is required Sufficient Mtn/Resp/Reply due on 06/07/2022 for Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [22-60266] (MAS) [Entered: 06/02/2022 03:40 PM] |
| 05/31/2022 | 26 | JOINT DOCKETING STATEMENT FILED by Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C.. [22-60266] (MAS) [Entered: 06/08/2022 11:25 AM] |
| 06/07/2022 | 14 | The Motion to place material under seal filed by Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. in 22-60266 [13] has been made sufficient. Sufficient Mtn/Resp/Rpl deadline satisfied. [22-60266] (MAS) [Entered: 06/07/2022 11:30 AM] |
| 06/07/2022 | 18 | UNOPPOSED MOTION to extend time to file Administrative Record until 07/13/2022 [18]. Date of service: 06/07/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA to extend time to file certified list until [18]. Date of service: 06/07/2022 via email - Attorney for Petitioners: Hardin, Worsham; Attorney for Respondent: Jacobi [22-60266] (Patrick Jacobi ) [Entered: 06/07/2022 02:50 PM] |
| 06/07/2022 | 22 | CLERK ORDER granting Motion extend time to file certified index to the Administrative Record until July 13, 2022 filed by Respondent EPA [18] [22-60266] (MAS) [Entered: 06/07/2022 05:51 PM] |
| 06/08/2022 | 25 | COURT ORDER granting Motion to place joint docketing statement exhibits B and C under seal filed by Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [13] [22-60266] (MAS) [Entered: 06/08/2022 10:40 AM] |
| 06/20/2022 | 27 | CASE CAPTION updated. Additional petition for review filed. [27] Parties added: Petitioner Ergon Refining, Incorporated. Petition for Review filed by Petitioner Ergon Refining, Incorporated. [27] [22-60266] (CB) [Entered: 06/20/2022 10:21 AM] |
| 06/21/2022 | 30 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [30] Initial AA Check Due satisfied. [22-60266] (CB) [Entered: 06/21/2022 11:44 AM] |
| 06/22/2022 | 31 | |

|  |  | OPPOSED MOTION to dismiss petition for review for lack of jurisdiction [31], to transfer appeal to U.S. Court of Appeals for the District of Columbia. Date of service: 06/22/2022 Response/Opposition due on 07/05/2022. [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: OPPOSED MOTION filed by Respondent EPA to dismiss appeal for lack of jurisdiction [31], to transfer appeal to U.S. Court of Appeals for the District of Columbia. Date of service: 06/22/2022 via email - Attorney for Petitioners: Hardin, Worsham; Attorney for Respondents: Jacobi, Leopold [22-60266] (Patrick Jacobi ) [Entered: 06/22/2022 10:19 PM] |
|---|---|---|
| 06/24/2022 | 32 | CASE CAPTION updated. Additional appeal filed. [32] Parties added: Petitioner Wynnewood Refining Company, L.L.C.. NOA filed by Petitioner Wynnewood Refining Company, L.L.C.. [32] [22-60266] (MAS) [Entered: 06/24/2022 01:49 PM] |
| 06/29/2022 | 35 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [35] Initial AA Check Due satisfied. [22-60266] (MAS) [Entered: 06/29/2022 04:57 PM] |
| 06/30/2022 | 36 | UNOPPOSED MOTION filed by Respondent EPA to extend time to file Administrative Record until [36]. Date of service: 06/30/2022 via email - Attorney for Petitioners: Hardin, Lauria, Worsham; Attorney for Respondents: Jacobi, Leopold [22-60266] (Patrick Jacobi ) [Entered: 06/30/2022 05:18 PM] |
| 07/01/2022 | 38 | Attorney Jonathan Hardin added as counsel of record for Petitioner Ergon Refining, Incorporated in 22-60266 [22-60266] (MCS) [Entered: 07/01/2022 10:16 AM] |
| 07/01/2022 | 40 | Attorney Karl J. Worsham added as counsel of record for (null) Ergon Refining, Incorporated in 22-60266 [22-60266] (MCS) [Entered: 07/01/2022 10:19 AM] |
| 07/01/2022 | 42 | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [22-60266] (Samuel P. Hershey ) [Entered: 07/01/2022 10:46 AM] |
| 07/01/2022 | 43 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266] (Taylor Robert Pullins ) [Entered: 07/01/2022 10:49 AM] |
| 07/01/2022 | 44 | APPEARANCE FORM received from Mr. Jonathan Hardin for Calumet Shreveport Refining, L.L.C., Placid Refining Company, L.L.C. and Ergon Refining, Incorporated for the court's review. Lead Counsel? Yes. [22-60266] (Jonathan Hardin ) [Entered: 07/01/2022 10:52 AM] |
| 07/01/2022 | 45 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by (null) Ergon Refining, IncorporatedThis document is unopposed. Date of service: 07/01/2022 via email - Attorney for Petitioners: Hardin, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Petitioner: Lauria; Attorney for Respondent: Leopold [22-60266] (Jonathan Hardin ) [Entered: 07/01/2022 10:57 AM] |
| 07/01/2022 | 46 | DOCKETING STATEMENT FILED. [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: DOCKETING STATEMENT FILED by (null) Ergon Refining, Incorporated. Date of Service: 07/01/2022 via email - Attorney for Petitioners: |

| | | |
|---|---|---|
| | | Hardin, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Petitioner: Lauria; Attorney for Respondent: Leopold [22-60266] (Jonathan Hardin ) [Entered: 07/01/2022 11:02 AM] |
| 07/01/2022 | 47 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266] (Andrew Gershenfeld ) [Entered: 07/01/2022 11:16 AM] |
| 07/01/2022 | 48 | UNOPPOSED MOTION filed by (null) Ergon Refining, Incorporated to place docketing statement Exhibit B under seal [48]. [22-60266] (MCS) [Entered: 07/01/2022 02:39 PM] |
| 07/01/2022 | 49 | DOCKETING STATEMENT FILED by Ergon Refining, Incorporated. [22-60266] (MCS) [Entered: 07/01/2022 02:50 PM] |
| 07/05/2022 | 54 | APPEARANCE FORM FILED by Attorney(s) Samuel P. Hershey for party(s) Petitioner Wynnewood Refining Company, L.L.C., in case 22-60266 [22-60266] (MAS) [Entered: 07/05/2022 09:49 AM] |
| 07/05/2022 | 56 | APPEARANCE FORM FILED by Attorney(s) Taylor Robert Pullins for party (s) Petitioner Wynnewood Refining Company, L.L.C., in case 22-60266 [22-60266] (MAS) [Entered: 07/05/2022 09:51 AM] |
| 07/05/2022 | 58 | APPEARANCE FORM FILED by Attorney Jonathan Hardin for (null) Ergon Refining, Incorporated in 22-60266, Attorney Jonathan Hardin for Petitioner Placid Refining Company, L.L.C. in 22-60266, Attorney Jonathan Hardin for Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266 [22-60266] (MAS) [Entered: 07/05/2022 09:53 AM] |
| 07/05/2022 | 59 | APPEARANCE FORM FILED by Attorney(s) Andrew Gershenfeld for party (s) Petitioner Wynnewood Refining Company, L.L.C., in case 22-60266 [22-60266] (MAS) [Entered: 07/05/2022 09:55 AM] |
| 07/05/2022 | 61 | COURT ORDER IT IS ORDERED that the unopposed motion of Petitioner Ergon Refining, Incorporated to file Docketing Statement Exhibit B under seal is GRANTED filed by (null) Ergon Refining, Incorporated [48] [22-60266] (MAS) [Entered: 07/05/2022 10:42 AM] |
| 07/05/2022 | 63 | APPEARANCE FORM received from Mr. Karl J. Worsham for Calumet Shreveport Refining, L.L.C., Placid Refining Company, L.L.C. and Ergon Refining, Incorporated for the court's review. Lead Counsel? No. [22-60266] (Karl J. Worsham ) [Entered: 07/05/2022 12:39 PM] |
| 07/05/2022 | 64 | CLERK ORDER granting Motion to extend time 30 days from the ruling on the motion to dismiss petition for review for lack of jurisdiction to file Administrative Record filed by Respondent EPA [36] [22-60266] (MAS) [Entered: 07/05/2022 01:11 PM] |
| 07/05/2022 | 67 | RESPONSE/OPPOSITION [67] to the Motion to dismiss petition for review for lack of jurisdiction filed by Respondent EPA in 22-60266 [31], Motion to transfer appeal filed by Respondent EPA in 22-60266 [31] Response/Opposition deadline satisfied.Response/Opposition deadline satisfied. Date of Service: 07/05/2022. [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE/OPPOSITION filed by Calumet Shreveport Refining, L.L.C., |

| | | |
|---|---|---|
| | | Placid Refining Company, L.L.C. and Ergon Refining, Incorporated [67] to the to dismiss petition for review for lack of jurisdiction filed by Respondent EPA [31], to transfer appeal filed by Respondent EPA [31] Date of Service: 07/05/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Pullins, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Petitioner: Lauria; Attorney for Respondent: Leopold. [22-60266] (Jonathan Hardin ) [Entered: 07/05/2022 07:53 PM] |
| 07/05/2022 | 68 | JOINDER to the Response/Opposition filed by Ergon Refining, Incorporated and Petitioners Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. in 22-60266 [67], to the Motion to dismiss petition for review for lack of jurisdiction filed by Respondent EPA in 22-60266 [31], to the Motion to transfer appeal filed by Respondent EPA in 22-60266 [31]. Date of Service: 07/05/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: JOINDER filed by Petitioner Wynnewood Refining Company, L.L.C. to the filed by Petitioners Calumet Shreveport Refining, L.L.C., Placid Refining Company, L.L.C. and (null) Ergon Refining, Incorporated [67]. Date of Service: 07/05/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Respondent: Leopold [22-60266] (Andrew Gershenfeld ) [Entered: 07/05/2022 10:14 PM] |
| 07/06/2022 | 74 | APPEARANCE FORM FILED by Attorney Karl J. Worsham for (null) Ergon Refining, Incorporated in 22-60266, Attorney Karl J. Worsham for Petitioner Placid Refining Company, L.L.C. in 22-60266, Attorney Karl J. Worsham for Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266 [22-60266] (MAS) [Entered: 07/06/2022 02:17 PM] |
| 07/12/2022 | 75 | REPLY filed by Respondent EPA [75] to the filed by Petitioners Calumet Shreveport Refining, L.L.C., Placid Refining Company, L.L.C. and (null) Ergon Refining, Incorporated [67], to the filed by Respondent EPA [31], to the filed by Respondent EPA [31]. Date of Service: 07/12/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondents: Jacobi, Leopold. [22-60266] (Patrick Jacobi ) [Entered: 07/12/2022 10:06 PM] |
| 07/25/2022 | 77 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioner Wynnewood Refining Company, L.L.C.This document is unopposed. Date of service: 07/25/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Respondent: Leopold [22-60266] (Andrew Gershenfeld ) [Entered: 07/25/2022 09:05 PM] |
| 07/25/2022 | 78 | DOCKETING STATEMENT FILED [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: DOCKETING STATEMENT FILED by Petitioner Wynnewood Refining Company, L.L.C.. Date of Service: 07/25/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney |

| | | |
|---|---|---|
| | | for Respondent: Jacobi; US mail - Attorney for Respondent: Leopold [22-60266] (Andrew Gershenfeld ) [Entered: 07/25/2022 09:32 PM] |
| 07/25/2022 | 79 | UNOPPOSED MOTION filed by Petitioner Wynnewood Refining Company, L.L.C. to place place doketing statement Exhibit B under seal [79]. Date of service: 07/25/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION to place to place doketing statement Exhibit B under seal [79]. Date of service: 07/25/2022 [22-60266] (MAS) [Entered: 07/26/2022 11:12 AM] |
| 07/29/2022 | 84 | COURT ORDER: IT IS ORDERED that the unopposed motion of Petitioner Wynnewood Refining Company, L.L.C. to file Docketing Statement Exhibit B under seal is GRANTED filed by Petitioner Wynnewood Refining Company, L.L.C. [79] [22-60266] (MAS) [Entered: 07/29/2022 08:45 AM] |
| 08/08/2022 | 87 | LETTER filed [22-60266] Regarding EPA's motion to dismiss or transfer the petition for review REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: SUPPLEMENTAL REPLY BRIEF FILED by EPA Date of service: 08/08/2022 [22-60266] (Patrick Jacobi ) [Entered: 08/08/2022 03:33 PM] |
| 08/10/2022 | 90 | LETTER filed Notice of supplemental authority. [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: SUPPLEMENTAL REPLY BRIEF FILED by EPA Date of service: 08/10/2022 [22-60266] (Patrick Jacobi ) [Entered: 08/10/2022 04:11 PM] |
| 08/25/2022 | 92 | LETTER filed by Respondent EPA referencing to dismiss petition for review for lack of jurisdiction filed by Respondent EPA [31], to transfer appeal filed by Respondent EPA [31]. Date of Service: 08/25/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi [22-60266] (Patrick Jacobi ) [Entered: 08/25/2022 07:35 PM] |
| 08/26/2022 | 95 | COURT ORDER denying Motion to dismiss petition for review for lack of jurisdiction filed by Respondent EPA [31]; granting Motion to transfer appeal filed by Respondent EPA [31]. Mandate issue date is 10/18/2022. [22-60266] (MAS) [Entered: 08/26/2022 01:53 PM] |
| 09/19/2022 | 99 | DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the Petition for panel rehearing received from Petitioners Calumet Shreveport Refining, L.L.C., Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. because Panel rehearing is not allowed for administrative dispositive panel orders [22-60266] (MAS) [Entered: 09/20/2022 08:19 AM] |
| 09/20/2022 | 100 | OPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Inc., and Placid Refining Company, L.L.C. for reconsideration of the 08/26/2022 court order denying Motion to dismiss petition for review for lack of jurisdiction filed by Respondent EPA in 22-60266 [31], Motion to transfer appeal filed by Respondent EPA in 22-60266 [31] [100]. Date of service: 09/19/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: |

| | | UNOPPOSED MOTION filed by Petitioner Wynnewood Refining Company, L.L.C. for reconsideration of the Order dated 08/26/2022 [100]. Date of service: 09/20/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Respondent: Prieto [22-60266] (Andrew Gershenfeld ) [Entered: 09/20/2022 10:19 AM] |
|---|---|---|
| 09/30/2022 | 108 | RESPONSE/OPPOSITION [108] to the Motion for reconsideration filed by Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. in 22-60266 [100] Date of Service: 09/30/2022. [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE/OPPOSITION filed by EPA [108] to the for reconsideration filed by Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [100] Date of Service: 09/30/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi. [22-60266] (Patrick Jacobi ) [Entered: 09/30/2022 07:29 PM] |
| 10/07/2022 | 110 | JOINT REPLY filed by Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. [110] to the Response/Opposition filed by Respondent EPA in 22-60266 [108]. Date of Service: 10/07/2022. [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: REPLY filed by Petitioner Wynnewood Refining Company, L.L.C. [110] to the for reconsideration filed by Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [100]. Date of Service: 10/07/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Respondent: Prieto. [22-60266] (Andrew Gershenfeld ) [Entered: 10/07/2022 08:14 PM] |
| 10/10/2022 | 111 | CASE CAPTION updated. Party information modified for Ergon Refining, Incorporated in 22-60266. [22-60266] (CAG) [Entered: 10/10/2022 11:57 AM] |
| 10/13/2022 | 113 | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED Date of Service: 10/13/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: LETTER filed by Petitioner Wynnewood Refining Company, L.L.C. referencing for reconsideration filed by Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [100]. Date of Service: 10/13/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi; US mail - Attorney for Respondent: Prieto [22-60266] (Andrew Gershenfeld ) [Entered: 10/13/2022 01:52 PM] |
| 10/21/2022 | 120 | COURT ORDER granting Motion for reconsideration filed by Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [100]; carrying with the case Motion to |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
|------------|-----|---|
|            |     | dismiss petition for review for lack of jurisdiction filed by Respondent EPA [31]; carrying with the case Motion to transfer appeal filed by Respondent EPA [31]; [120] [22-60266] (MAS) [Entered: 10/21/2022 08:05 AM] |
| 11/17/2022 | 124 | OPPOSED MOTION to stay further proceedings in this court. Reason: Pending Resolution of the Petitions for Review of the Same EPA Action in the D.C. Circuit.. Date of service: 11/17/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: OPPOSED MOTION filed by Respondent EPA to stay further proceedings in this court. Reason: Pending Resolution of the Petitions for Review of the Same EPA Action in the D.C. Circuit. Date of service: 11/17/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi [22-60266] (Patrick Jacobi ) [Entered: 11/17/2022 07:31 PM] |
| 11/17/2022 | 125 | UNOPPOSED MOTION to extend time to file Administrative Record 20-days after resolution of the consolidated petitions for review in the D.C. Circuit; Alternatively to extend the administrative record until December 20, 2022 [125]. Date of service: 11/17/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA to extend time to file certified list until [125]. Date of service: 11/17/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi [22-60266] (Patrick Jacobi ) [Entered: 11/17/2022 11:29 PM] |
| 11/21/2022 | 136 | UNOPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C Petitioner Wynnewood Refining Company, L.L.C. to extend the time to file a response to the Motion to stay further proceedings in this court [124] filed by Respondent EPA in 22-60266 [136]. Date of service: 11/18/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION to extend the time to file a response to the Motion to stay further proceedings in this court [124] filed by Respondent EPA in 22-60266 until 12/08/2022 [136]. Date of service: 11/21/2022 [22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. to extend the time to file a response to the to stay further proceedings in this court [124] filed by Respondent EPA until 12/08/2022 [136]. Date of service: 11/21/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Pullins, Worsham; Attorney for Respondent: Jacobi [22-60266] (Jonathan Hardin ) [Entered: 11/21/2022 08:30 AM] |
| 11/21/2022 | 144 | COURT ORDER granting Motion to extend time to file a response filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [136] Response/Opposition deadline updated to 12/08/2022 [22-60266] (MAS) [Entered: 11/21/2022 01:29 PM] |

| | | |
|---|---|---|
| 11/29/2022 | 146 | COURT ORDER denying motion to stay further proceedings in this court filed by Respondent EPA [124]; granting motion to extend time to file Administrative Record until 12/20/2022 filed by Respondent EPA [125]; denying as unnecessary motion for extension of time to file Administrative Record until 20 days after resolution of the motion to stay further proceedings. Administrative Record due on 12/20/2022. [22-60266] (AGL) [Entered: 11/29/2022 01:19 PM] |
| 12/09/2022 | 149 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266] (Gregory James Morical ) [Entered: 12/09/2022 12:27 PM] |
| 12/12/2022 | 150 | APPEARANCE FORM FILED by Attorney(s) Gregory James Morical for party(s) Petitioner Calumet Shreveport Refining, L.L.C., in case 22-60266 [22-60266] (MRW) [Entered: 12/12/2022 01:57 PM] |
| 12/16/2022 | 152 | CERTIFIED LIST filed. Date of Service: 12/16/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Worsham; Attorney for Respondent: Jacobi [22-60266] (Patrick Jacobi ) [Entered: 12/16/2022 06:08 PM] |
| 12/21/2022 | 153 | UNOPPOSED MOTION to consolidate cases 22-60266, 22-60425, 22-60433, 22-60434 for briefing and oral argument purposes. Date of service: 12/21/2022 [22-60266]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. to consolidate cases 22-60266, 22-60425, 22-60433, 22-60434 for briefing and oral argument purposes. Date of service: 12/21/2022 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Worsham; Attorney for Respondent: Jacobi [22-60266] (Jonathan Hardin ) [Entered: 12/21/2022 04:20 PM] |
| 12/22/2022 | 154 | Certified List FILED in lieu of record.Administrative record deadline satisfied. [22-60266] (MAS) [Entered: 12/22/2022 02:14 PM] |
| 12/22/2022 | 155 | BRIEFING NOTICE ISSUED A/Pet's Brief Due on 01/31/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C.. [22-60266] (MAS) [Entered: 12/22/2022 02:17 PM] |
| 01/04/2023 | 164 | COURT ORDER granting Motion to consolidate cases filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C. [153] in 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/04/2023 07:57 AM] |
| 01/04/2023 | 165 | LETTER OF ADVISEMENT. Reason: updated caption [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/04/2023 08:12 AM] |
| 01/05/2023 | 175 | UNOPPOSED MOTION to place the record on appeal under seal. Date of service: 01/05/2023 [22-60266, 22-60425, 22-60433, 22-60434]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to place the record on appeal under seal. Date |

|  |  | of service: 01/05/2023 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 01/05/2023 07:38 PM] |
|---|---|---|
| 01/06/2023 | 180 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425This document is unopposed. Date of service: 01/06/2023 via email - Attorney for Petitioners: Hardin, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi [22-60425, 22-60266] (Jonathan Hardin ) [Entered: 01/06/2023 04:01 PM] |
| 01/06/2023 | 185 | UNOPPOSED MOTION filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 Motion to place the Reply to the response in support of motion for stay pending appeal under seal [185]. Date of service: 01/06/2023 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/10/2023 09:54 AM] |
| 01/06/2023 | 186 | REPLY filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 [186] to the Response/Opposition filed by Respondent EPA in 22-60425, 22-60433, 22-60434 [10009660-2]. Date of Service: 01/06/2023. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/10/2023 09:59 AM] |
| 01/09/2023 | 182 | COURT ORDER: IT IS ORDERED that Respondent's consent motion to file protective order is GRANTED<br>IT IS FURTHER ORDERED that, as requested in Respondent's motion, the following stipulated terms shall govern the production, use, and submission of Confidential Business Information or material claimed as Confidential Business Information (together "CBI") in the course of case No. 22-60266 (which includes consolidated case Nos. 22-60425, 22-60433, & 22-60434) filed by Respondent EPA [175] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/09/2023 11:45 AM] |
| 01/10/2023 | 192 | COURT ORDER granting Motion to place material under seal filed by Petitioner San Antonio Refinery, L.L.C. IT IS ORDERED that the unopposed motion of Petitioner, San Antonio Refinery, L.L.C. to file the portions of its reply in support of its motion for a stay that contain Confidential Business Information ("CBI") under seal is GRANTED. In doing so, Petitioner shall comply with the Protective Order entered by the court on January 9, 2023, governing the submission of CBI in briefs, pleadings, and other material filed with the court. Redacted Reply due 1/24/2023. [185] [22-60266, 22-60425, 22-60433, 22-60434] (WMJ) [Entered: 01/10/2023 02:46 PM] |
| 01/10/2023 | 194 | UNOPPOSED LEVEL 1 EXTENSION REQUESTED by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 for filing Petitioners' Brief until 03/02/2023 [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 01/10/2023 05:43 PM] |
| 01/11/2023 | 195 | |

EXTENSION RECEIVED for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434. Extension Granted to and including 03/02/2023. A/Pet's Brief deadline updated to 03/02/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C., San Antonio Refinery, L.L.C. and Ergon-West Virginia, Incorporated [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/11/2023 10:54 AM]

01/11/2023    196    REDACTED RESPONSE/OPPOSITION [196] to the Motion for stay pending appeal filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 [10004538-2] Date of Service: 01/11/2023. [22-60425, 22-60266, 22-60433, 22-60434]
REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: REDACTED RESPONSE/OPPOSITION filed by EPA in 22-60425, 22-60433, 22-60434 [196] to the filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 [10004538-2] Date of Service: 01/11/2023 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi. [22-60425, 22-60266, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 01/11/2023 11:56 AM]

01/12/2023    197    MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Respondent EPA in 22-60425, 22-60433, 22-60434 *EPA's Sealed Response to Calumet Shreveport Refining, LLC's Motion to Stay and EPA's Sealed Declaration of Byron Bunker and Sealed Exhibits (filed pursuant to 1/9/2023 Protective Order)* Date of service: 01/12/2023 via email - Attorney for Petitioners: Hardin, Morical, Worsham [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 01/12/2023 01:12 PM]

01/12/2023    198    RESPONSE/OPPOSITION filed by EPA in 22-60266 [198] to the Motion for stay pending appeal filed by Petitioner Calumet Shreveport Refining, L.L.C. in 22-60425, 22-60433, 22-60434 [10003170-2]Response/Opposition deadline satisfied. Date of Service: 01/12/2023. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/12/2023 03:00 PM]

01/12/2023    199    EXHIBITS IN SUPPORT of Response/Opposition [198] filed by Respondent EPA in 22-60266 Date of Service: 01/12/2023 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/12/2023 03:02 PM]

01/19/2023    203    MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioner Calumet Shreveport Refining, L.L.C. in 22-60425, 22-60266This document is opposed. Date of service: 01/19/2023 via US mail - Attorney for Respondent: Garland, U.S. Attorney General; email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi [22-

| | | |
|---|---|---|
| | | 60425, 22-60266, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 01/19/2023 08:21 PM] |
| 01/19/2023 | 204 | REPLY filed by Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266 [204] to the Motion for stay pending appeal filed by Petitioner Calumet Shreveport Refining, L.L.C. in 22-60425, 22-60433, 22-60434 [10003170-2]. Date of Service: 01/19/2023. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/20/2023 01:18 PM] |
| 01/25/2023 | 206 | REDACTED REPLY filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 [206] to the Motion for stay pending appeal filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 [10004538-2]. Date of Service: 01/25/2023. [22-60425, 22-60266] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: REDACTED REPLY filed by Petitioner San Antonio Refinery, L.L.C. in 22-60425 [206] to the filed by Respondent EPA in 22-60266 [198]. Date of Service: 01/25/2023 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan. [22-60425, 22-60266] (Jonathan Hardin ) [Entered: 01/25/2023 03:59 PM] |
| 01/27/2023 | 209 | COURT ORDER granting Motion for stay pending appeal filed by Petitioner San Antonio Refinery, L.L.C. [9992758-2] in 22-60425, 22-60433, 22-60434, granting Motion for stay pending appeal filed by Petitioner Calumet Shreveport Refining, L.L.C. [10003170-2] in 22-60425, 22-60433, 22-60434 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/27/2023 02:11 PM] |
| 01/31/2023 | 211 | ADMINISTRATIVE RECORD CORRECTION REQUIRED. The filing of the administrative record (supplemental certified list) has been deleted and must be refiled. Corrections Required: an incorrect event was used in filing the supplemental certified list. ( the correct event is: cer lst f ) [22-60266, 22-60425, 22-60433, 22-60434] (DDL) [Entered: 02/01/2023 01:01 PM] |
| 02/01/2023 | 212 | AMENDED CERTIFIED LIST filed. Date of Service: 02/01/2023 via email - Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 02/01/2023 05:01 PM] |
| 02/02/2023 | 213 | Amended Cert List, FILED [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 02/02/2023 01:36 PM] |
| 02/17/2023 | 214 | MOTION to intervene filed by Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Farmers Union and National Corn Growers Association in 22-60266, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Farmers Union and National Corn Growers Association in 22-60425, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Farmers Union and National Corn Growers Association in 22-60433 and Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Farmers Union and |

|  |  | National Corn Growers Association in 22-60434 in support of Respondent, [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: OPPOSED MOTION by Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Farmers Union, National Corn Growers Association to intervene , on behalf of Respondent U.S. Environmental Protection Agency. Date of service: 02/17/2023 via email - Attorney for Respondents: Garland, U.S. Attorney General, Harrison, Jacobi, Prieto, Regan; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 02/17/2023 08:55 PM] |
|---|---|---|
| 02/20/2023 | 218 | UNOPPOSED MOTION to file brief in excess of the word count limitation but not to exceed not to exceed 17,000 words words [218]. Date of service: 02/20/2023 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 to file brief in excess of the word count limitation but not to exceed 17,000 words [218]. Date of service: 02/20/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 02/20/2023 08:23 PM] |
| 02/21/2023 | 220 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Alexandra Bromer ) [Entered: 02/21/2023 09:46 AM] |
| 02/21/2023 | 221 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Sopen B. Shah ) [Entered: 02/21/2023 02:19 PM] |
| 02/21/2023 | 222 | RESPONSE/OPPOSITION [222] to the Motion to file brief in excess of word count filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [218] Date of Service: 02/21/2023. [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE/OPPOSITION filed by EPA in 22-60266, 22-60425, 22-60433, 22-60434 [222] to the filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, |

| | | |
|---|---|---|
| | | Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 [218] Date of Service: 02/21/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi. [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 02/21/2023 05:17 PM] |
| 02/21/2023 | 223 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425 *Motion for Stay Pending Review* This document is opposed. Date of service: 02/21/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Andrew Gershenfeld ) [Entered: 02/21/2023 08:34 PM] |
| 02/21/2023 | 224 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425 *Declaration in Support of Motion for Stay Pending Review* This document is opposed. Date of service: 02/21/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Andrew Gershenfeld ) [Entered: 02/21/2023 08:53 PM] |
| 02/21/2023 | 243 | OPPOSED MOTION filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266 for stay pending appeal [243]. Date of service: 02/21/2023 Response/Opposition due on 03/03/2023. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 02/27/2023 10:09 AM] |
| 02/21/2023 | 244 | EXHIBITS IN SUPPORT of Motion for stay pending appeal [243] filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60425 Date of Service: 02/21/2023 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 02/27/2023 10:39 AM] |
| 02/23/2023 | 229 | Attorney Alexandra Magill Bromer is advised to resubmit an appearance form. Reason: Counsel failed to complete the lower portion of the form. [22-60266, 22-60425, 22-60433, 22-60434] (LBM) [Entered: 02/23/2023 10:48 AM] |
| 02/23/2023 | 230 | Attorney Sopen Shah is advised to resubmit an appearance form. Reason: Counsel failed to complete the lower portion of the form. [22-60266, 22-60425, 22-60433, 22-60434] (LBM) [Entered: 02/23/2023 11:02 AM] |
| 02/23/2023 | 231 | UNOPPOSED MOTION filed by Respondent EPA in 22-60425, 22-60433, 22-60434 to extend the time to file a response to the [223] filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60425, 22-60266, [224] filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60425, 22-60266 until 03/07/2023 [231]. Date of service: 02/23/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: |

|  |  | Harrison, Jacobi [22-60425, 22-60266, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 02/23/2023 12:27 PM] |
|---|---|---|
| 02/23/2023 | 232 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Sopen B. Shah ) [Entered: 02/23/2023 04:22 PM] |
| 02/23/2023 | 233 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Alexandra Bromer ) [Entered: 02/23/2023 04:25 PM] |
| 02/23/2023 | 234 | OPPOSED MOTION to extend the time to file a response to the Motion to intervene [214] until 03/13/2023 [234]. Date of service: 02/23/2023 [22-60266, 22-60425, 22-60433, 22-60434]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: OPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 to extend the time to file a response to the to intervene [214] until 03/13/2023 [234]. Date of service: 02/23/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 02/23/2023 08:25 PM] |
| 02/24/2023 | 235 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Michael R. Huston ) [Entered: 02/24/2023 04:22 PM] |
| 02/27/2023 | 239 | CLERK ORDER granting Motion to file brief in excess of word count limitation but not to exceed 17,000 words filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. [218] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 02/27/2023 08:52 AM] |
| 02/27/2023 | 242 | CLERK ORDER granting Motion to extend time to file a response to the motion to intervene filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. [234] Response/Opposition deadline updated to 03/13/2023 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 02/27/2023 09:53 AM] |
| 02/27/2023 | 246 | |

| | | |
|---|---|---|
| | | Attorney Michael R. Huston is advised to resubmit an appearance form. [22-60266, 22-60425, 22-60433, 22-60434] (CJM) [Entered: 02/27/2023 01:36 PM] |
| 02/27/2023 | 249 | CLERK ORDER granting Motion to extend time to file a response filed by Respondent EPA until March 7, 2023 [231] [22-60266, 22-60425, 22-60433, 22-60434] (ABT) [Entered: 02/27/2023 03:50 PM] |
| 02/27/2023 | 258 | RESPONSE DUE to Motion to extend time to file a response filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [234]Response/Opposition due on 03/07/2023 [22-60266, 22-60425, 22-60433, 22-60434] (ABT) [Entered: 03/07/2023 08:49 AM] |
| 02/28/2023 | 250 | Attorney Alexandra M. Bromer is advised to resubmit an appearance form. Reason: Counsel failed to complete the lower portion of the form (specifically questions B2, 3, and 4 . [22-60266, 22-60425, 22-60433, 22-60434] (LBM) [Entered: 02/28/2023 09:40 AM] |
| 02/28/2023 | 251 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Alexandra Bromer ) [Entered: 02/28/2023 10:57 AM] |
| 02/28/2023 | 252 | APPEARANCE FORM FILED by Attorney(s) Sopen B. Shah for party(s) Petitioner Ergon Refining, Incorporated Petitioner Calumet Shreveport Refining, L.L.C. Petitioner Placid Refining Company, L.L.C., in case 22-60266 Attorney(s) Sopen B. Shah for party(s) Petitioner Placid Refining Company, L.L.C., in case 22-60434 Attorney(s) Sopen B. Shah for party(s) Petitioner Ergon-West Virginia, Incorporated Petitioner Ergon Refining, Incorporated, in case 22-60433 Attorney(s) Sopen B. Shah for party(s) Petitioner San Antonio Refinery, L.L.C. Petitioner Calumet Shreveport Refining, L.L.C., in case 22-60425 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 02/28/2023 05:31 PM] |
| 02/28/2023 | 253 | UNOPPOSED MOTION filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425 to extend time to file brief as appellant until 03/07/2023 [253]. Date of service: 02/28/2023 via email - Attorney for Not Party: Dyl; Attorney for Petitioners: Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Samuel P. Hershey ) [Entered: 02/28/2023 08:31 PM] |
| 03/01/2023 | 257 | CLERK ORDER granting Motion to extend time to file appellant's brief filed by Petitioner Wynnewood Refining Company, L.L.C. [253] A/Pet's Brief deadline updated to 03/07/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C., San Antonio Refinery, L.L.C. and |

|  |  | Ergon-West Virginia, Incorporated [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/01/2023 01:06 PM] |
|---|---|---|
| 03/07/2023 | 259 | RESPONSE DUE to Motion for stay pending appeal filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [243]Response/Opposition deadline updated to 03/07/2023 [22-60266, 22-60425, 22-60433, 22-60434] (CAG) [Entered: 03/07/2023 09:10 AM] |
| 03/07/2023 | 260 | APPEARANCE FORM FILED by Attorney(s) Alexandra Bromer for party(s) Petitioner Ergon Refining, Incorporated Petitioner Calumet Shreveport Refining, L.L.C. Petitioner Placid Refining Company, L.L.C., in case 22-60266 Attorney(s) Alexandra Bromer for party(s) Petitioner Placid Refining Company, L.L.C., in case 22-60434 Attorney(s) Alexandra Bromer for party(s) Petitioner Ergon-West Virginia, Incorporated Petitioner Ergon Refining, Incorporated, in case 22-60433 Attorney(s) Alexandra Bromer for party(s) Petitioner San Antonio Refinery, L.L.C. Petitioner Calumet Shreveport Refining, L.L.C., in case 22-60425 [22-60266, 22-60425, 22-60433, 22-60434] (ABT) [Entered: 03/07/2023 09:48 AM] |
| 03/07/2023 | 262 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Respondent EPA in 22-60425, 22-60433, 22-60434 *EPA's Sealed Response to Wynnewood Refining Company LLC's Motion to Stay and EPA's Sealed Declaration of Byron Bunker and Sealed Exhibits (filed pursuant to 1/9/2023 Protective Order)* Date of service: 03/07/2023 via email - Attorney for Petitioners: Gershenfeld, Hershey, Lauria; Attorney for Respondent: Jacobi [22-60425, 22-60266, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 03/07/2023 02:17 PM] |
| 03/07/2023 | 263 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 *Petitioners' Joint Opening Brief (filed under seal pursuant to Protective Order entered in No. 22-60266, Doc. 182)* Date of service: 03/07/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Lauria, Shah, Wolff, Worsham; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 03/07/2023 07:37 PM] |
| 03/07/2023 | 264 | RECORD EXCERPTS FILED. # of Copies Provided: 0 Record Excerpts deadline satisfied [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPENDIX FILED by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 Date of Service: 03/07/2023 via email - |

Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Not Party: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 03/07/2023 07:43 PM]

03/07/2023  270  SUFFICIENT APPELLANT'S BRIEF FILED
Sufficient Brief deadline satisfied [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S BRIEF FILED by Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Calumet Shreveport Refining, L.L.C. in 22-60425. Additionally the Brief requires The table of authorities is not listed within the table of contents. Instructions to Attorney: PLEASE READ THE ATTACHED NOTICE FOR INSTRUCTIONS ON HOW TO REMEDY THE DEFAULT. # of Copies Provided: 0 A/Pet's Brief deadline satisfied. Sufficient Brief due on 03/23/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C. and San Antonio Refinery, L.L.C... Appellee's Brief due on 04/06/2023 for Respondent United States Environmental Protection Agency. Record Excerpts due on 03/23/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C., San Antonio Refinery, L.L.C. and Ergon-West Virginia, Incorporated [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/09/2023 03:01 PM]

03/08/2023  265  APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Michael R. Huston ) [Entered: 03/08/2023 10:57 AM]

03/09/2023  266  DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the Response to motion for stay received from Respondent EPA in 22-60425, 22-60266, 22-60433, 22-60434 because The response/opposition was filed in the incorrect case and must be filed in the lead case 22-60266 [22-60425, 22-60266, 22-60433, 22-60434] (MAS) [Entered: 03/09/2023 09:49 AM]

03/09/2023  267  MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 *EPA's Corrected Sealed Response to Wynnewood Refining Company LLC's Motion to Stay and EPA's Sealed Declaration of Byron Bunker and Sealed Exhibits (filed pursuant to 1/9/2023 Protective Order)* Date of service: 03/09/2023 via email - Attorney for Petitioners: Gershenfeld, Hershey, Lauria, Pullins; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 03/09/2023 01:09 PM]

03/09/2023 268 APPEARANCE FORM FILED by Attorney(s) Michael R. Huston for party(s) Petitioner Ergon Refining, Incorporated Petitioner Calumet Shreveport Refining, L.L.C. Petitioner Placid Refining Company, L.L.C., in case 22-

| | | |
|---|---|---|
| | | 60266 Attorney(s) Michael R. Huston for party(s) Petitioner Placid Refining Company, L.L.C., in case 22-60434 Attorney(s) Michael R. Huston for party (s) Petitioner Ergon-West Virginia, Incorporated Petitioner Ergon Refining, Incorporated, in case 22-60433 Attorney(s) Michael R. Huston for party(s) Petitioner San Antonio Refinery, L.L.C. Petitioner Calumet Shreveport Refining, L.L.C., in case 22-60425 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/09/2023 02:19 PM] |
| 03/09/2023 | 271 | RESPONSE/OPPOSITION filed by EPA in 22-60266, 22-60425, 22-60433, 22-60434 [271] to the Motion for stay pending appeal filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [243]Response/Opposition deadline satisfied. Date of Service: 03/09/2023. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/10/2023 01:16 PM] |
| 03/09/2023 | 272 | EXHIBITS IN SUPPORT of Response/Opposition [271] filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 Date of Service: 03/09/2023 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/10/2023 01:19 PM] |
| 03/13/2023 | 277 | RESPONSE/OPPOSITION [277] to the Motion to intervene [214] Date of Service: 03/13/2023. [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE/OPPOSITION filed by Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Placid Refining Company, L.L.C. in 22-60434 [277] to the to intervene [214] Date of Service: 03/13/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Not Party: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan. [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 03/13/2023 07:08 PM] |
| 03/13/2023 | 278 | UNOPPOSED MOTION to extend time to file brief of appellee until 05/05/2023 [278]. Date of service: 03/13/2023 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to extend time to file brief of appellee until 05/11/2023 [278]. Date of service: 03/13/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Not Party: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 03/13/2023 10:03 PM] |
| 03/13/2023 | 279 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425 *Reply In Support of Wynnewood's Motion for Stay* |

| | | |
|---|---|---|
| | | *Pending Review* This document is opposed. Date of service: 03/13/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Not Party: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Andrew Gershenfeld ) [Entered: 03/13/2023 10:19 PM] |
| 03/13/2023 | 280 | UNOPPOSED MOTION to file brief in excess of the word count limitation but not to exceed not to exceed 17,000 words words [280]. Date of service: 03/13/2023 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to file brief in excess of the word count limitation but not to exceed 17,000 words [280]. Date of service: 03/13/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Not Party: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 03/13/2023 10:33 PM] |
| 03/13/2023 | 282 | DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the Response received from Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266 because The incorrect event was used when filing [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/14/2023 08:36 AM] |
| 03/13/2023 | 284 | REPLY filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266 [284] to the Response/Opposition filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [271]. Date of Service: 03/13/2023. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/14/2023 09:04 AM] |
| 03/14/2023 | 296 | CLERK ORDER granting Motion to file brief in excess of word count but not to exceed 17,000 words filed by Respondent EPA [280] [22-60266, 22-60425, 22-60433, 22-60434. (MAS) [Entered: 03/14/2023 01:29 PM] |
| 03/14/2023 | 298 | CLERK ORDER granting Motion to extend time to file appellee's brief filed by Respondent EPA [278] Appellee's Brief due on 05/11/2023 for Respondent United States Environmental Protection Agency [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/14/2023 01:42 PM] |
| 03/16/2023 | 303 | COURT ORDER granting Motion to intervene [214] by Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Farmers Union and National Corn Growers Association in 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/16/2023 11:00 AM] |
| 03/16/2023 | 304 | COURT ORDER: IT IS ORDERED that the opposed motion of Petitioner Wynnewood Refining Company, L.L.C. for stay pending appeal is GRANTED for substantially the same reasons as stated in the court's order entered January |

| | | |
|---|---|---|
| | | 27, 2023, granting a stay as to Petitioners San Antonio Refinery, L.L.C. and Calumet Shreveport Refining, L.L.C. filed by Petitioner Wynnewood Refining Company, L.L.C. [243] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/16/2023 11:14 AM] |
| 03/16/2023 | 306 | DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the Extension request received from Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266 because Attorney filed the motion with this court in error. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 03/16/2023 04:33 PM] |
| 03/20/2023 | 307 | APPEARANCE FORM received from Mr. Bryan James Harrison for EPA in 22-60425, 22-60433, 22-60434 for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 03/20/2023 09:36 AM] |
| 03/20/2023 | 308 | APPEARANCE FORM FILED by Attorney(s) Bryan James Harrison for party (s) Respondent EPA, in case 22-60266 [22-60266] (PAC) [Entered: 03/20/2023 12:21 PM] |
| 03/23/2023 | 310 | PROPOSED SUFFICIENT BRIEF filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioner Calumet Shreveport Refining, L.L.C. in 22-60425 [270] Date of service: 03/23/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 03/23/2023 08:42 AM] |
| 05/11/2023 | 311 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 *EPA's Response Brief (filed under seal pursuant to 1/9/2023 Protective Order)* Date of service: 05/11/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 05/11/2023 06:57 PM] |
| 05/11/2023 | 312 | ADDENDUM TO BRIEF FILED Number of Pages: 31. # of Copies Provided: 0 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: ADDENDUM TO BRIEF FILED by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 Date of Service: 05/11/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 05/11/2023 07:00 PM] |
| 05/11/2023 | 313 | APPELLEE'S BRIEF FILED by EPA in 22-60266, 22-60425, 22-60433, 22-60434. # of Copies Provided: 9 E/Res's Brief deadline satisfied. Reply Brief |

due on 06/01/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C., San Antonio Refinery, L.L.C. and Ergon-West Virginia, Incorporated. Appendix due on 06/01/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C., San Antonio Refinery, L.L.C. and Ergon-West Virginia, Incorporated. [22-60266, 22-60425, 22-60433, 22-60434] (AGL) [Entered: 05/16/2023 11:33 AM]

| 05/18/2023 | 314 | INTERVENOR'S BRIEF FILED # of Copies Provided: 0 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: INTERVENOR'S BRIEF FILED by Intervenors Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Corn Growers Association and National Farmers Union in 22-60266. Date of service: 05/18/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 05/18/2023 09:34 PM] |
|---|---|---|
| 05/22/2023 | 315 | UNOPPOSED MOTION to file brief in excess of the word count limitation but not to exceed 8,500 words [315]. Date of service: 05/22/2023 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 to file brief in excess of the word count limitation but not to exceed 8,500 words [315]. Date of service: 05/22/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 05/22/2023 08:37 PM] |
| 05/23/2023 | 319 | CLERK ORDER granting Motion to file brief in excess of word count filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. [315] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 05/23/2023 10:01 AM] |
| 05/30/2023 | 320 | APPENDIX FILED [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPENDIX FILED by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in |

22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 Date of Service: 05/30/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 05/30/2023 05:46 PM]

| 05/31/2023 | 321 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 *Joint Appendix Volumes 10 through 21 of 21 (under seal)* This document is unopposed. Date of service: 05/31/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 05/31/2023 11:28 AM] |
| --- | --- | --- |
| 05/31/2023 | 323 | APPENDIX FILED by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Petitioner Placid Refining Company, L.L.C. in 22-60434 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/02/2023 02:44 PM] |
| 05/31/2023 | 324 | APPENDIX FILED by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 Appendix deadline satisfied [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/02/2023 03:08 PM] |
| 06/01/2023 | 322 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 *Petitioners' Joint Reply Brief (filed under seal)* This document is opposed. Date of service: 05/31/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Shah, |

| | | |
|---|---|---|
| | | Wolff, Worsham; Attorney for Intervenor: Dyl; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 06/01/2023 09:42 PM] |
| 06/01/2023 | 326 | APPELLANT'S REPLY BRIEF FILED by Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Placid Refining Company, L.L.C. in 22-60434.<br>Reply Brief deadline satisfied [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/02/2023 03:28 PM] |
| 06/02/2023 | 329 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266] (David Lehn ) [Entered: 06/02/2023 04:41 PM] |
| 06/06/2023 | 330 | APPEARANCE FORM FILED by Attorney(s) David Lehn for party(s) Intervenor Growth Energy, in case 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/06/2023 11:28 AM] |
| 06/09/2023 | 332 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 *Letter to Clerk attaching Petitioners' Corrected Opening Brief* This document is unopposed. Date of service: 06/09/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 06/09/2023 07:47 AM] |
| 06/09/2023 | 334 | LETTER filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Petitioner Placid Refining Company, L.L.C. in 22-60434 referencing Appellant Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [270]. revised brief filed containing appropriate references. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/13/2023 03:29 PM] |
| 06/12/2023 | 333 | LETTER filed referencing Intervenor Brief filed by Intervenors National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union in 22-60266, 22-60425, 22-60433, 22-60434 [314]. revised brief filed containing appropriate |

references. [22-60266, 22-60425, 22-60433, 22-60434]
REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Intervenors Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Corn Growers Association and National Farmers Union in 22-60266 to file corrected brief [333]. Date of service: 06/12/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 06/12/2023 10:15 PM]

| | | |
|---|---|---|
| 06/20/2023 | 335 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 *Letter to Clerk attaching Respondent EPA's Corrected Sealed Response Brief* This document is unopposed. Date of service: 06/20/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 06/20/2023 04:33 PM] |
| 06/22/2023 | 336 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 *June 22, 2023 Letter to Clerk attaching Respondent EPA's Second Corrected Sealed Response Brief (replacing Doc. 335-1 Letter to Clerk, and Doc. 335-2 EPA's Corrected Sealed Response Brief)* This document is unopposed. Date of service: 06/22/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 06/22/2023 01:30 PM] |
| 06/26/2023 | 337 | LETTER filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 letter filed, containing appropriate references to the record. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/26/2023 04:31 PM] |
| 06/26/2023 | 338 | LETTER filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 referencing Appellee Brief filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [313]. letter filed, containing appropriate references to the record. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/26/2023 04:44 PM] |
| 06/27/2023 | 339 | MOTION AND/OR DOCUMENT UNDER TEMPORARY SEAL pending a ruling by the court filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 *Letter attaching Petitioners' Corrected Joint Reply Brief, correcting certain page references.* This document is unopposed. Date of service: 06/27/2023 via email - Attorney for Petitioners: Bromer, |

Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 06/27/2023 01:02 PM]

06/27/2023   341   LETTER filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 referencing Appellant Reply Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [326]. letter filed, containing updated references to the record. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 06/29/2023 10:05 AM]

06/29/2023   340   LETTER filed referencing Intervenor Brief filed by Intervenors National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union in 22-60266, 22-60425, 22-60433, 22-60434 [314]. letter filed advising of updated references to the record. [22-60266, 22-60425, 22-60433, 22-60434]
REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: LETTER filed by Intervenors Renewable Fuels Association, American Coalition for Ethanol, Growth Energy, National Corn Growers Association and National Farmers Union in 22-60266 referencing filed by Intervenors Renewable Fuels Association, Growth Energy, American Coalition for Ethanol, National Corn Growers Association and National Farmers Union in 22-60266 [333]. revised brief filed containing appropriate references. Date of Service: 06/29/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 06/29/2023 08:50 AM]

06/29/2023   342   SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED Date of Service: 06/29/2023 [22-60266, 22-60425, 22-60433, 22-60434]
REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioner Ergon Refining, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 Date of Service: 06/29/2023 via email

|  |  |  |
|---|---|---|
|  |  | - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 06/29/2023 10:22 AM] |
| 06/30/2023 | 343 | APPEARANCE FORM received from Ms. Shelby Leigh Dyl for American Coalition for Ethanol, Growth Energy, National Corn Growers Association, National Farmers Union and Renewable Fuels Association in 22-60266 for the court's review. Lead Counsel? No. [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 06/30/2023 05:03 PM] |
| 07/07/2023 | 344 | RESPONSE filed to the 28j Letter filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioner Ergon Refining, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [342] Date of Service: 07/07/2023 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: LETTER filed by Intervenors Renewable Fuels Association, American Coalition for Ethanol, National Corn Growers Association, National Farmers Union and Growth Energy in 22-60266 referencing filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioner Ergon Refining, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 [342]. Date of Service: 07/07/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 07/07/2023 01:55 PM] |
| 07/11/2023 | 345 | APPEARANCE FORM FILED by Attorney Shelby Leigh Dyl for Intervenor National Corn Growers Association in 22-60266, Attorney Shelby Leigh Dyl for Intervenor National Farmers Union in 22-60266, Attorney Shelby Leigh Dyl for Intervenor American Coalition for Ethanol in 22-60266, Attorney Shelby Leigh Dyl for Intervenor Growth Energy in 22-60266, Attorney Shelby Leigh Dyl for Intervenor Renewable Fuels Association in 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 07/11/2023 04:36 PM] |
| 07/13/2023 | 351 | RESPONSE filed to the 28j Letter filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioner Ergon Refining, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [342] Date of Service: 07/13/2023 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to the filed by Petitioners Calumet Shreveport Refining, |

| | | |
|---|---|---|
| | | L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioner Ergon Refining, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 [342] Date of Service: 07/13/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 07/13/2023 09:57 AM] |
| 07/14/2023 | 352 | PAPER COPIES REQUESTED for the Appellant Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [270], Record Excerpts filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [264], Addendum Brief filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [312], Appellee Brief filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [313], Intervenor Brief filed by Intervenors National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union in 22-60266, 22-60425, 22-60433, 22-60434 [314], Appellant Reply Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 [326]. Paper Copies of Brief due on 07/19/2023 for Intervenors American Coalition for Ethanol, Growth Energy, National Corn Growers Association, National Farmers Union and Renewable Fuels Association, Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C., Wynnewood Refining Company, L.L.C., San Antonio Refinery, L.L.C. and Ergon-West Virginia, Incorporated and Respondent United States Environmental Protection Agency.. Paper Copies of Record Excerpts due on 07/19/2023 for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Ergon-West Virginia, Incorporated.. Paper Copies of Addendum due on 07/19/2023 for Respondent United States Environmental Protection Agency. [22-60266, 22-60425, 22-60433, 22-60434] (PFT) [Entered: 07/14/2023 10:43 AM] |
| 07/20/2023 | 354 | Paper copies of Appellant Reply Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated |

| | | |
|---|---|---|
| | | and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 11:28 AM] |
| 07/20/2023 | 355 | REDACTED Paper copies of Appellant Reply Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 11:29 AM] |
| 07/20/2023 | 356 | Paper copies of Appellant Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 11:41 AM] |
| 07/20/2023 | 357 | REDACTED Paper copies of Appellant Brief filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioner Calumet Shreveport Refining, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 11:42 AM] |
| 07/20/2023 | 358 | Paper copies of Intervenor Brief filed by Intervenors National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 11:46 AM] |
| 07/20/2023 | 359 | Paper copies of Appellee Brief filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 11:49 AM] |
| 07/20/2023 | 360 | Paper copies of Appendix filed by Petitioners Ergon Refining, Incorporated, Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Wynnewood Refining Company, L.L.C., Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West |

Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 , Record Excerpts filed by Petitioners Ergon Refining, Incorporated, Calumet Shreveport Refining, L.L.C. and Placid Refining Company, L.L.C., Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C., Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated, Petitioner Placid Refining Company, L.L.C. in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 4 copies of record excerpts, 1 copy of appendix. . Paper Copies of Record Excerpts due deadline satisfied. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/20/2023 12:02 PM]

| 07/20/2023 | 362 | MOTION filed by Attorney Mr. Patrick Jacobi for Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to withdraw as counsel [362]. Date of Service: 07/20/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Jacobi [22-60266, 22-60425, 22-60433, 22-60434] (Patrick Jacobi ) [Entered: 07/20/2023 10:48 PM] |

| 07/21/2023 | 363 | CLERK ORDER granting Motion to withdraw as counsel filed by Mr. Patrick Jacobi [362] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 07/21/2023 08:22 AM] |

| 07/21/2023 | 364 | Attorney Bryan James Harrison for EPA in 22-60266 returned to active status in this case. Reason: Replaces Patrick Jacobi who is no longer with the agency. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 07/21/2023 08:32 AM] |

| 07/25/2023 | 365 | UNOPPOSED MOTION for assignment of same panel [365]. Date of service: 07/25/2023 [22-60266, 22-60425, 22-60433, 22-60434]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 for assignment of same panel [365]. Date of service: 07/25/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondent: Harrison [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 07/25/2023 11:09 AM] |

| 07/25/2023 | 366 | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED Date of Service: 07/25/2023 [22-60266, 22-60425, 22-60433, 22-60434]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 Date of Service: 07/25/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondent: Harrison [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 07/25/2023 01:01 PM] |

| 07/27/2023 | 368 | |

|  |  |  |
|---|---|---|
|  |  | CASE TENTATIVELY calendared for oral argument for the week of 10/02/2023. [22-60266, 22-60425, 22-60433, 22-60434] (CBW) [Entered: 07/27/2023 12:21 PM] |
| 07/28/2023 | 369 | RESPONSE filed to the 28j Letter filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [366] [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RESPONSE filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434 to the filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [366] Date of Service: 07/28/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondent: Harrison; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 07/28/2023 04:30 PM] |
| 08/21/2023 | 372 | CASE CALENDARED for oral argument on Monday, 10/02/2023 in New Orleans in the West Courtroom -- AM session. The courtroom deputy assigned to your case is Pamela F. Trice. See the letter attached for full contact information.. [22-60266, 22-60425, 22-60433, 22-60434] (PFT) [Entered: 08/21/2023 09:39 AM] |
| 08/21/2023 | 374 | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. Michael R. Huston for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Attorney Mr. Michael R. Huston for Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Attorney Mr. Michael R. Huston for Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Attorney Mr. Michael R. Huston for Petitioner Placid Refining Company, L.L.C. in 22-60434 [22-60266, 22-60425, 22-60433, 22-60434] (Michael R. Huston ) [Entered: 08/21/2023 02:30 PM] |
| 08/23/2023 | 378 | COURT ORDER: IT IS ORDERED that respondent's unopposed motion for Nos. 22-60357 and 22-60266 to be assigned to the same panel on the same date for oral argument is GRANTED filed by Respondent EPA [365] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 08/23/2023 03:11 PM] |
| 09/06/2023 | 379 | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. Michael R. Huston for Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Attorney Mr. Michael R. Huston for Petitioners Calumet Shreveport Refining, L.L.C. and San Antonio Refinery, L.L.C. in 22-60425, Attorney Mr. Michael R. Huston for Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Attorney Mr. Michael R. Huston for Petitioner Placid Refining Company, L.L.C. in 22-60434 [22- |

| | | |
|---|---|---|
| | | 60266, 22-60425, 22-60433, 22-60434] (Michael R. Huston ) [Entered: 09/06/2023 05:05 PM] |
| 09/11/2023 | 380 | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. Bryan James Harrison for Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 09/11/2023 10:26 AM] |
| 09/11/2023 | 381 | APPEARANCE FORM for the court's review. Lead Counsel? No. [22-60266, 22-60433, 22-60434, 22-60425] (Jeffrey Hughes ) [Entered: 09/11/2023 12:04 PM] |
| 09/11/2023 | 382 | APPEARANCE FORM FILED by Attorney(s) Jeffrey Hughes for party(s) Respondent EPA, in case 22-60266 Attorney(s) Jeffrey Hughes for party(s) Respondent EPA, in case 22-60434 Attorney(s) Jeffrey Hughes for party(s) Respondent EPA, in case 22-60433 Attorney(s) Jeffrey Hughes for party(s) Respondent EPA, in case 22-60425 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 09/11/2023 01:42 PM] |
| 09/11/2023 | 384 | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 09/11/2023 10:30 PM] |
| 09/11/2023 | 385 | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 09/11/2023 10:33 PM] |
| 09/11/2023 | 386 | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Ms. Shelby Leigh Dyl for Intervenors American Coalition for Ethanol, Growth Energy, National Corn Growers Association, National Farmers Union and Renewable Fuels Association in 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (Shelby Leigh Dyl ) [Entered: 09/11/2023 10:35 PM] |
| 09/12/2023 | 387 | Attorney Matthew Morrison is advised to resubmit an appearance form. Reason: The submitted appearance form does not match the registered attorney. [22-60266, 22-60425, 22-60433, 22-60434] (LBM) [Entered: 09/12/2023 10:05 AM] |
| 09/12/2023 | 388 | UNOPPOSED MOTION filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 for additional argument time of 10 additional minutes [388]. Date of service: 09/12/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Hughes [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 09/12/2023 10:28 AM] |
| 09/12/2023 | 389 | Attorney Ms. Shelby Leigh Dyl for Intervenors National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union in 22-60266 is advised to resubmit an appearance form. Reason: The submitted appearance form does not match the registered attorney. [22-60266, 22-60425, 22-60433, 22-60434] (LBM) [Entered: 09/12/2023 02:46 PM] |

| | | |
|---|---|---|
| 09/12/2023 | 390 | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. Jeffrey Hughes for Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 [22-60266, 22-60425, 22-60433, 22-60434] (Jeffrey Hughes ) [Entered: 09/12/2023 03:34 PM] |
| 09/13/2023 | 394 | COURT ORDER granting motion for additional argument time filed by Respondent EPA [388] [22-60266, 22-60425, 22-60433, 22-60434] (PFT) [Entered: 09/13/2023 03:32 PM] |
| 09/21/2023 | 395 | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425 Date of Service: 09/21/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Andrew Gershenfeld ) [Entered: 09/21/2023 06:32 PM] |
| 09/25/2023 | 397 | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [22-60266, 22-60425, 22-60433, 22-60434] (Matthew W. Morrison ) [Entered: 09/25/2023 02:14 PM] |
| 09/26/2023 | 398 | APPEARANCE FORM FILED by Attorney(s) Matthew W. Morrison for party(s) Intervenor Renewable Fuels Association Intervenor National Corn Growers Association Intervenor American Coalition for Ethanol Intervenor National Farmers Union Intervenor Growth Energy, in case 22-60266, [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 09/26/2023 10:10 AM] |
| 09/26/2023 | 400 | ORAL ARGUMENT ACKNOWLEDGMENT AND DESIGNATION FORM FILED by Attorney Mr. Matthew W. Morrison for Intervenors American Coalition for Ethanol, Growth Energy, National Corn Growers Association, National Farmers Union and Renewable Fuels Association in 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (Matthew W. Morrison ) [Entered: 09/26/2023 10:59 AM] |
| 09/26/2023 | 401 | RESPONSE filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to the filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425 [395] Date of Service: 09/26/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jeffrey Hughes ) [Entered: 09/26/2023 06:37 PM] |
| 10/02/2023 | 403 | ORAL ARGUMENT HEARD before Judges Higginbotham, Smith, Elrod. Arguing Person Information Updated for: Bryan James Harrison arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Bryan James Harrison arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Bryan James Harrison arguing for Respondent United States |

| | | |
|---|---|---|
| | | Environmental Protection Agency; Arguing Person Information Updated for: Bryan James Harrison arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Jeffrey Hughes arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Jeffrey Hughes arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Jeffrey Hughes arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Jeffrey Hughes arguing for Respondent United States Environmental Protection Agency; Arguing Person Information Updated for: Michael R. Huston arguing for Petitioner L.L.C. Calumet Shreveport Refining, Petitioner Incorporated Ergon Refining; Arguing Person Information Updated for: Michael R. Huston arguing for Petitioner L.L.C. Calumet Shreveport Refining; Arguing Person Information Updated for: Michael R. Huston arguing for Petitioner Incorporated Ergon Refining; Arguing Person Information Updated for: Michael R. Huston arguing for Petitioner L.L.C. Placid Refining Company; Arguing Person Information Updated for: Matthew W. Morrison arguing for Intervenor American Coalition for Ethanol, Intervenor Growth Energy, Intervenor National Corn Growers Association, Intervenor National Farmers Union [22-60266, 22-60425, 22-60433, 22-60434] (KMP) [Entered: 10/02/2023 02:21 PM] |
| 11/22/2023 | 408 | PUBLISHED OPINION FILED. [22-60266, 22-60425, 22-60433, 22-60434 Petitions Granted, Vacated and Remanded] Judge: PEH, Judge: JES, Judge: JWE. Mandate issue date is 01/16/2024; denying Motion to transfer petition filed by Respondent EPA [31] [31] [9935737-3] [9935737-2] [22-60266, 22-60425, 22-60433, 22-60434] (This opinion includes URL material that is archived by the Fifth Circuit Court of Appeals Library, and made available at http://www.lb5.uscourts.gov/ArchivedURLS/.) (WMJ) [Entered: 11/22/2023 09:20 AM] |
| 11/22/2023 | 409 | JUDGMENT ENTERED AND FILED. Costs Taxed Against: respondent. [22-60266, 22-60425, 22-60433, 22-60434] (WMJ) [Entered: 11/22/2023 09:24 AM] |
| 11/29/2023 | 412 | BILL OF COSTS filed by Petitioner Wynnewood Refining Company, L.L.C. in 22-60266, 22-60425. [22-60266, 22-60425] (Andrew Gershenfeld ) [Entered: 11/29/2023 05:43 PM] |
| 11/30/2023 | 413 | BILL OF COSTS filed by Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, Petitioner Placid Refining Company, L.L.C. in 22-60434. [22-60266, 22-60433, 22-60434] (Jonathan Hardin ) [Entered: 11/30/2023 09:45 AM] |
| 11/30/2023 | 418 | DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the amended bill of costs received from Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated and Placid Refining Company, L.L.C. in 22-60266, Petitioner San Antonio Refinery, L.L.C. in 22-60425 because a motion is required (note: the clerk's office did |

|   |   |   |
|---|---|---|
|  |  | not observe any difference(s) between the bill of costs and amended bill of costs file on behalf of these Petitioners) [22-60266, 22-60425, 22-60433, 22-60434] (CAG) [Entered: 12/06/2023 01:47 PM] |
| 12/22/2023 | 419 | UNOPPOSED JOINT MOTION filed by Respondent EPA and Intervenors American Coalition for Ethanol, Growth Energy, National Corn Growers Association, National Farmers Union and Renewable Fuels Association in 22-60266, 22-60425, 22-60433, 22-60434 to extend the time to file a rehearing until 01/22/2024 [419] Mandate issue date canceled. [22-60266, 22-60425, 22-60433, 22-60434] <br> REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 to extend the time to file a rehearing until 01/22/2024 [419]. Date of service: 12/22/2023 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes [22-60266, 22-60425, 22-60433, 22-60434] (Bryan James Harrison ) [Entered: 12/22/2023 05:05 PM] |
| 12/27/2023 | 424 | COURT ORDER denying Motion to extend the time to file a petition for rehearing filed by Respondent EPA and Intervenors National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union, Respondent EPA and Not Parties National Corn Growers Association, Renewable Fuels Association, Growth Energy, American Coalition for Ethanol and National Farmers Union [419] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 12/27/2023 08:23 AM] |
| 01/08/2024 | 427 | PETITION for rehearing filed by Intervenor Renewable Fuels Association [427] Number of Copies: 0. Mandate issue date canceled.. Date of Service: 01/08/2024 [22-60266, 22-60425, 22-60433, 22-60434] <br> REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: PETITION filed by Intervenor Renewable Fuels Association in 22-60266 for rehearing [427]. Date of Service: 01/08/2024 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Matthew W. Morrison ) [Entered: 01/08/2024 03:54 PM] |
| 01/08/2024 | 428 | PETITION for rehearing en banc filed by Intervenor Renewable Fuels Association [428] Number of Copies:0.. Date of Service: 01/08/2024 [22-60266, 22-60425, 22-60433, 22-60434] <br> REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: PETITION filed by Intervenor Renewable Fuels Association in 22-60266 for rehearing en banc [428]. Date of Service: 01/08/2024 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - |

| | | |
|---|---|---|
| | | Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Matthew W. Morrison ) [Entered: 01/08/2024 03:56 PM] |
| 01/08/2024 | 429 | PETITION for rehearing filed by Intervenor Growth Energy [429] Number of Copies: 0.. Date of Service: 01/08/2024 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: PETITION filed by Intervenor Growth Energy in 22-60266 for rehearing [429]. Date of Service: 01/08/2024 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (David Lehn ) [Entered: 01/08/2024 10:28 PM] |
| 01/08/2024 | 430 | PETITION for rehearing en banc filed by Intervenor Growth Energy [430] Number of Copies:0.. Date of Service: 01/08/2024 [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: PETITION filed by Intervenor Growth Energy in 22-60266 for rehearing en banc [430]. Date of Service: 01/08/2024 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (David Lehn ) [Entered: 01/08/2024 10:30 PM] |
| 01/09/2024 | 444 | Paper copies of Petition for rehearing en banc filed by Intervenor Renewable Fuels Association in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 20. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/18/2024 11:20 AM] |
| 01/09/2024 | 443 | Paper copies of Petition for rehearing filed by Intervenor Renewable Fuels Association in 22-60266, 22-60425, 22-60433, 22-60434 received. Paper copies match electronic version of document? Yes # of Copies Provided: 4. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/18/2024 11:15 AM] |
| 01/12/2024 | 432 | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Intervenor Growth Energy in 22-60266 Date of Service: 01/12/2024 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (David Lehn ) [Entered: 01/12/2024 01:37 PM] |
| 01/16/2024 | 434 | |

|            |     | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [22-60266, 22-60425, 22-60433, 22-60434] (William Perdue ) [Entered: 01/16/2024 01:07 PM] |
|------------|-----|---|
| 01/16/2024 | 435 | UNOPPOSED MOTION by Not Parties NATSO and SIGMA: America's Leading Fuel Marketers in 22-60266, Not Parties NATSO and SIGMA: America's Leading Fuel Marketers in 22-60425, Not Parties NATSO and SIGMA: America's Leading Fuel Marketers in 22-60433 and Not Parties NATSO and SIGMA: America's Leading Fuel Marketers in 22-60434 to file amicus brief [435] Date of Service: 01/16/2024 [22-60266, 22-60425, 22-60433, 22-60434]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION by NATSO and SIGMA: America's Leading Fuel Marketers to file amicus brief [435] Date of service: 01/16/2024 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Harrison, Hughes; US mail - Attorney for Respondents: Garland, U.S. Attorney General, Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (William Perdue ) [Entered: 01/16/2024 01:41 PM] |
| 01/17/2024 | 439 | COURT ORDER granting Motion to file amicus brief filed by NATSO and SIGMA: America's Leading Fuel Marketers [435] filed by NATSO and SIGMA: America's Leading Fuel Marketers in 22-60266, NATSO and SIGMA: America's Leading Fuel Marketers in 22-60425, NATSO and SIGMA: America's Leading Fuel Marketers in 22-60433 and NATSO and SIGMA: America's Leading Fuel Marketers in 22-60434 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/17/2024 08:42 AM] |
| 01/17/2024 | 440 | AMICUS CURIAE BRIEF FILED by NATSO and SIGMA: America's Leading Fuel Marketers in 22-60266, 22-60425, 22-60433, 22-60434. Consent is Not Necessary as a Motion has been Granted.<br># of Copies Provided: 0 [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/17/2024 08:55 AM] |
| 01/17/2024 | 442 | APPEARANCE FORM FILED by Attorney William Perdue for Amicus Curiae SIGMA: America's Leading Fuel Marketers in 22-60266, Attorney William Perdue for Amicus NATSO in 22-60266 [22-60266, 22-60425, 22-60433, 22-60434] (RA) [Entered: 01/17/2024 09:35 AM] |
| 01/22/2024 | 445 | COURT ORDER denying Petition for rehearing en banc filed by Intervenor Growth Energy [430], denying Petition for rehearing en banc filed by Intervenor Renewable Fuels Association [428] Without Poll. Mandate issue date is 01/30/2024; denying Petition for rehearing filed by Intervenor Growth Energy [429], denying Petition for rehearing filed by Intervenor Renewable Fuels Association [427] [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/22/2024 09:14 AM] |
| 01/30/2024 | 446 | MANDATE ISSUED. Mandate issue date satisfied. The Bill of Costs is issued with the mandate. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 01/30/2024 10:27 AM] |

| 03/22/2024 | 447 | SUPREME COURT ORDER received extending time to file petition for writ of certiorari to 05/21/2024. Extension request filed by Intervenor Growth Energy in 22-60266. Application No. 23A841. [447] [22-60266, 22-60425, 22-60433, 22-60434] (RA) [Entered: 03/22/2024 04:49 PM] |
|---|---|---|
| 04/17/2024 | 448 | SUPREME COURT ORDER received extending time to file petition for writ of certiorari to 05/21/2024. Extension request filed by Respondent EPA in 22-60266. Application No. 23A903. [448] [22-60266, 22-60425, 22-60433, 22-60434] (RA) [Entered: 04/17/2024 11:54 AM] |
| 05/23/2024 | 450 | SUPREME COURT NOTICE that petition for writ of certiorari [450] was filed by Intervenor Growth Energy in 22-60266, 22-60425, 22-60433, 22-60434 on 05/20/2024. Supreme Court Number: 23-1230. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 05/23/2024 04:32 PM] |
| 05/23/2024 | 451 | SUPREME COURT NOTICE that petition for writ of certiorari [451] was filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 on 05/20/2024. Supreme Court Number: 23-1229. [22-60266, 22-60425, 22-60433, 22-60434] (MAS) [Entered: 05/23/2024 04:35 PM] |
| 10/21/2024 | 453 | SUPREME COURT ORDER received granting petition for writ of certiorari filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 on 10/21/2024. [453] [22-60266, 22-60425, 22-60433, 22-60434] (SH) [Entered: 10/23/2024 10:57 AM] |
| 02/12/2025 | 454 | LETTER OF ADVISEMENT. Reason: Letter issued to inform the Supreme Court of the United States that this Court's record is available on PACER. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 02/12/2025 01:15 PM] |
| 02/19/2025 | 455 | LETTER OF ADVISEMENT. Reason: Records Request [22-60266, 22-60425, 22-60433, 22-60434] (STH) [Entered: 02/19/2025 03:46 PM] |
| 07/02/2025 | 465 | SUPREME COURT OPINION filed in 23-1230. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 07/23/2025 04:27 PM] |
| 07/02/2025 | 458 | COURT DIRECTIVE ISSUED: On June 18, 2025, the Supreme Court vacated and remanded in No. 23-1229. The parties are directed to file letter briefs, not to exceed 5 pages, by July 22, 2025, stating what action this court should take. If the parties are in agreement, a joint letter will be appreciated. Each side is permitted, but not required, to file a reply letter of not more than 3 pages by July 29, 2025 [458]. Letter Briefs due on 07/22/2025. Reply Briefs due on 07/29/2025. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 07/02/2025 03:01 PM] |
| 07/11/2025 | 461 | SUPREME COURT OPINION filed in case 23-1229. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 07/11/2025 04:23 PM] |
| 07/22/2025 | 464 | JOINT LETTER filed by Respondent EPA, Petitioners Calumet Shreveport Refining, L.L.C., Ergon Refining, Incorporated, Placid Refining Company, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60266, Petitioners Calumet Shreveport Refining, L.L.C., San Antonio Refinery, L.L.C. and Wynnewood Refining Company, L.L.C. in 22-60425, Petitioners Ergon Refining, Incorporated and Ergon-West Virginia, Incorporated in 22-60433, |

| | | |
|---|---|---|
| | | Petitioner Placid Refining Company, L.L.C. in 22-60434 referencing Court Order requesting supplemental briefing [458]. [22-60266, 22-60425, 22-60433, 22-60434] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: LETTER filed by Respondent EPA in 22-60266, 22-60425, 22-60433, 22-60434 referencing Court Order requesting supplemental briefing [458]. Date of Service: 07/22/2025 via email - Attorney for Petitioners: Bromer, Gershenfeld, Hardin, Hershey, Huston, Lauria, Morical, Pullins, Shah, Wolff, Worsham; Attorney for Intervenors: Dyl, Lehn, Morrison; Attorney for Respondents: Garland, U.S. Attorney General, Harrison, Hughes; Attorney for Amicus Curiae: Perdue; US mail - Attorney for Respondents: Prieto, Regan [22-60266, 22-60425, 22-60433, 22-60434] (Jeffrey Hughes ) [Entered: 07/22/2025 04:48 PM] |
| 07/23/2025 | 466 | SUPREME COURT JUDGMENT filed in 23-1229 on 07/21/2025, remanding case to the 5th Circuit. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 07/23/2025 04:33 PM] |
| 07/24/2025 | 469 | BRIEFING COMPLETE.A/Pet Supplemental Brief deadline canceled. E/Res Supplemental Brief deadline canceled. Supplemental Reply Brief deadline canceled. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 07/24/2025 08:58 AM] |
| 08/01/2025 | 473 | SUPREME COURT JUDGMENT filed on 08/01/2025 remanding the case to the 5th Circuit. [22-60266, 22-60425, 22-60433, 22-60434] (RA) [Entered: 08/01/2025 03:38 PM] |
| 08/07/2025 | 483 | PUBLISHED OPINION FILED. [22-60266 Dismissed, 22-60425 Dismissed, 22-60433 Dismissed, 22-60434 Dismissed] Judge: JWE, Judge: PEH, Judge: JES; transferring appeal to D.C. Circuit. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 08/07/2025 11:07 AM] |
| 08/07/2025 | 484 | JUDGMENT ENTERED AND FILED. Costs Taxed Against: Petitioners. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 08/07/2025 11:13 AM] |
| 08/07/2025 | 486 | MANDATE ISSUED. [22-60266, 22-60425, 22-60433, 22-60434] (DLJ) [Entered: 08/07/2025 03:35 PM] |