ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET SHREVEPORT REFINING, LLC et al.,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 25-1169 (consol.) |

**NOTICE**

Respondent U.S. Environmental Protection Agency ("EPA") respectfully submits this notice to apprise the Court of EPA's intended forthcoming new decision on Petitioners' requests underlying the action challenged in this case.

1.  Petitioners seek review EPA's April and June 2022 denials of small refinery exemptions (the "2022 Denials").

2.  Following the Supreme Court's decision in *EPA v. Calumet Shreveport Refining, LLC*, 145 S. Ct. 1735 (2025), the Fifth Circuit transferred the petitions for review consolidated in this action to this Court on August 7, 2025. In *Calumet*, the Supreme Court held that this Court, and not the Fifth Circuit, is the

1

proper venue for review of EPA's April and June 2022 denials of small refinery exemptions. *Calumet*, 145 S. Ct. at 1754.

3. On August 13, 2025, this Court consolidated these cases and ordered the parties to file motion to govern future proceedings by September 11, 2025. Doc. No. 2129816.

4. The undersigned counsel has been advised that EPA has now developed a new approach for reviewing small refinery exemptions and that EPA's current intention is to issue decisions on the small refinery exemptions before it, as well as those that are in litigation, including the exemption petitions underlying the 2022 Denials in this case.

5. EPA will update the Court on any effect the anticipated new decisions may have on the present litigation.

Date: August 20, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

*/s/ Jeffrey Hughes*
JEFFREY HUGHES
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 305-4598
jeffrey.hughes@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that, on August 20, 2025, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Jeffrey Hughes*
JEFFREY HUGHES