# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET SHREVEPORT REFINING, LLC et al., <br><br> *Petitioners,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Respondent.* | Case No. 25-1169 (consol.) |

## RESPONDENT EPA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO GOVERN PROCEEDINGS

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and D.C. Circuit Rule 27(g), Respondent U.S. Environmental Protection Agency submits this unopposed motion to extend the current September 11, 2025 deadline for the parties to file motions to govern future proceedings for 33 days, until and including October 14, 2025 (to account for the weekend and holiday). Petitioners and Intervenors do not oppose the relief requested in this motion.

1. Following the Supreme Court's decision in *EPA v. Calumet Shreveport Refining, LLC*, 145 S. Ct. 1735 (2025), the Fifth Circuit transferred the petitions for review consolidated in this action to this Court on August 7, 2025. *See* ECF No. 2129644. In *Calumet*, the Supreme Court held that this Court, and not the Fifth Circuit, is the proper venue for

review of EPA's April and June 2022 denials of small refinery exemptions (the "2022 Denials"). *See Calumet*, 145 S. Ct. at 1754.

2. On August 13, 2025, this Court consolidated these cases and ordered the parties to file motion to govern future proceedings by September 11, 2025. *See* ECF No. 2129816.

3. In an August 20, 2025 Notice, EPA noted that it "has now developed a new approach for reviewing small refinery exemptions" and that EPA intends "to issue decisions on the small refinery exemptions before it, as well as those that are in litigation, including the exemption petitions underly the 2022 Denials in this case." ECF No. 2131155 at 2.

4. On August 22, 2025, EPA issued its "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions." *See* https://www.epa.gov/system/files/documents/2025-08/420r25010.pdf. (the "August 2025 Decision").

5. On August 27, 2025, a "Notice of August 2025 Decisions on Petitions for Small Refinery Exemptions Under the Renewable Fuel Standard Program" was published in the Federal Register. *See* 90 Fed. Reg. 41829-01 (Aug. 27, 2025).

6. EPA's readjudication of the small refinery exemption petitions at issue in these consolidated cases is pursuant to a new approach in light of this Court's opinion in *Sinclair Wyoming Refin. Co. v. EPA*, 114 F.4th 693 (D.C. Cir. 2024). EPA's decision according to this new approach may render these consolidated cases moot. *See Alaska v. U.S.D.A.*, 17

F.4th 1224, 1226 (D.C. Cir. 2021) (A "case [is] 'plainly moot' when the agency order has been 'superseded by a subsequent . . . order . . . .'" (ellipses in original and quoting *Freeport-McMoRan Oil & Gas Co. v. FERC*, 962 F.2d 45, 46 (D.C. Cir. 1992))).

7. Therefore, extending the parties' deadline to file the motions to govern future proceedings will allow EPA and the parties additional time to determine the impact of EPA's August 2025 Decision on this litigation. Such an extension will preserve both the Court and the parties' resources.

8. As demonstrated by Petitioners' and Intervenors' consent to this motion, no party will be prejudiced by this extension.

9. Accordingly, the Court should grant this unopposed motion to extend the deadline for the parties to file motions to govern future proceedings for 33 days until and including October 14, 2025 (to account for the weekend and holiday).

Dated: September 11, 2025  Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

<u>s/ Bryan J. Harrison</u>
BRYAN J. HARRISON
JEFFREY HUGHES
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-0930 (Harrison)
(202) 532-9080 (Hughes)
bryan.harrison@usdoj.gov
jeffrey.hughes@usdoj.gov

*Attorneys for U.S. Environmental Protection Agency*

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 525 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used for the word count).

Dated: September 11, 2025

                                       s/ Bryan J. Harrison
                                       Bryan J. Harrison

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  September 11, 2025

                                       s/ Bryan J. Harrison
                                       Bryan J. Harrison