# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1169** | **September Term, 2025** |
| | EPA-87FR34873 |
| | EPA-87FR24300 |
| | **Filed On: September 12, 2025** [2134708] |

Calumet Shreveport Refining, LLC, et al.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Renewable Fuels Association, et al.,
                Intervenors

------------------------------

Consolidated with 25-1170, 25-1171, 25-1172

## O R D E R

Upon consideration of respondent's unopposed motion to extend time to file motions to govern future proceedings, it is

**ORDERED** that the motion to extend time be granted. The parties are directed to file motions to govern future proceedings by October 14, 2025.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:    /s/
                      Catherine J. Lavender
                      Deputy Clerk