IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET SHREVEPORT REFINING, LLC, *et al.*,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　Respondent. | Case No. 25-1169<br><br>(consolidated) |

## JOINT MOTION TO GOVERN

　　Pursuant to this Court's October 16, 2025 Order (Doc. 2140649) granting EPA's unopposed motion for a stay of all case deadlines due to the lapse in appropriations, the parties submit this joint motion to govern further proceedings and state as follows:

　　1.　Following the Supreme Court's decision in *EPA v. Calumet Shreveport Refining, LLC*, 605 U.S. 627, 145 S. Ct. 1735 (2025), the Fifth Circuit transferred the petitions for review consolidated in this action to this Court on August 7, 2025. *See* Doc. 2129644. In *Calumet*, the Supreme Court held that this Court, and not the Fifth Circuit, is the proper venue for review of EPA's April and June 2022 denials of small refinery exemptions (the "2022 Denials"). *See Calumet*, 145 S. Ct. at 1754.

　　2.　In an August 20, 2025 Notice, EPA noted that it "has now developed a new approach for reviewing small refinery exemptions" and that EPA intends "to issue decisions on the small refinery exemptions

before it, as well as those that are in litigation, including the exemption petitions underly the 2022 Denials in this case." ECF No. 2131155 at 2.

3.  On August 22, 2025, EPA issued its "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions." *See* https://www.epa.gov/system/files/documents/2025-08/420r25010.pdf.

4.  On August 27, 2025, a "Notice of August 2025 Decisions on Petitions for Small Refinery Exemptions Under the Renewable Fuel Standard Program" was published in the Federal Register. *See* 90 Fed. Reg. 41829 (Aug. 27, 2025).

5.  On October 16, 2025, the Court granted EPA's unopposed motion to stay all case deadlines due to the lapse in appropriations. Doc. 2140649. The order directed the parties "to file motions to govern further proceedings in this case within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions." *Id.* Such funding was restored on November 12, 2025.

6.  Since that time, the parties have conferred and are discussing next steps for this litigation, which may ultimately result in a resolution without the need for further intervention by the Court.

7.  In order to allow these discussions to continue, the parties propose to file a joint status report within forty-five days—January 8, 2026—advising the Court of the status of any such discussions and to propose any further proceedings in this case at that time.

8. Intervenors do not object to the requested relief.

Dated: November 24, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant
    Attorney General

s/ Michael R. Huston
Michael R. Huston
Karl J. Worsham
PERKINS COIE LLP
2525 E. Camelback Rd, Suite 500
Phoenix, AZ 85016-4227
(602) 351.8000
MHuston@perkinscoie.com
KWorsham@perkinscoie.com

Jonathan G. Hardin
Alexandra Magill Bromer
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6297
Facsimile: 202.654.6211
JHardin@perkinscoie.com
ABromer@perkinscoie.com

*Attorneys for Petitioners*

s/ Bryan J. Harrison
BRYAN J. HARRISON
JEFFREY HUGHES
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-0930 (Harrison)
(202) 532-9080 (Hughes)
bryan.harrison@usdoj.gov
jeffrey.hughes@usdoj.gov

*Attorneys for Respondent United States Environmental Protection Agency*

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 406 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used for the word count).

Dated: November 24, 2025

 s/ Bryan J. Harrison
Bryan J. Harrison

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  November 24, 2025

 s/ Bryan J. Harrison
Bryan J. Harrison