# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1169**                                   **September Term, 2025**

EPA-87FR34873
EPA-87FR24300

**Filed On: November 25, 2025** [2147328]

Calumet Shreveport Refining, LLC, et al.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Renewable Fuels Association, et al.,
                Intervenors

------------------------------

Consolidated with 25-1170, 25-1171, 25-1172

## O R D E R

    Upon consideration of the joint motion to govern, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by January 8, 2026.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                      BY:    /s/
                                Catherine J. Lavender
                                Deputy Clerk