# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1169**                                    **September Term, 2025**

EPA-87FR34873
EPA-87FR24300

**Filed On: January 21, 2026** [2155179]

Calumet Shreveport Refining, LLC, et al.,

      Petitioners

      v.

Environmental Protection Agency,

      Respondent

------------------------------

Renewable Fuels Association, et al.,
                Intervenors

------------------------------

Consolidated with 25-1170, 25-1171, 25-1172

## M A N D A T E

     In accordance with the order of January 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                               BY:    /s/
                                                 Emily K. Campbell
                                                 Deputy Clerk

Link to the order filed January 21, 2026